**IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

**TANOKA CHIMERE SIMS,**

                                                     **CASE NO:**

      **Plaintiff,**

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**

      **Defendant.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

      **COMES NOW**, Plaintiff, **Tanoka Chimere Sims** ("Plaintiff"), by and through the undersigned counsel, and hereby sues Defendant, **Experian Information Solutions, Inc.** ("**Experian**"), and in support thereof, states the following:

### PRELIMINARY STATEMENT

      1.      This is an action for damages that exceeds $8,000 but are less than $50,000, exclusive of attorney's fees and cost, brought by Plaintiff against Defendant, Experian, for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").

### JURISDICTION AND VENUE

      2.      Jurisdiction arises under the FCRA, 15 U.S.C. § 1681p and Fla. Stat. § 34.01.

      3.      Experian is subject to the provisions of the FCRA and is subject to the jurisdiction of this Court pursuant to Fla. Stat. § 48.193.

      4.      Venue is proper in Hillsborough County, Florida, pursuant to Fla. Stat. § 47.051, because the acts complained of were committed and/or caused by the Defendant therein.

### PARTIES

      5.      Plaintiff is a natural person, and a citizen of the State of Florida, residing in

Hillsborough County, Florida.

6.      Plaintiff is a Consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

7.      Defendant Experian is a California Profit Corporation, with a principal business address of 475 Anton Boulevard, Costa Mesa, California 92626.

8.      Defendant Experian is registered to conduct business in the State of Florida, where its Registered Agent is CT Corporation System, 1200 South Pine Road, Plantation, FL 33324.

9.      Defendant Experian is a nationwide *Consumer Reporting Agency* ("**CRA**") within the meaning of 15 U.S.C. § 1681a(f), in that, for monetary fees, dues, and/or on a cooperative nonprofit basis, it regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically the mail and internet. As a CRA, Experian is aware of its obligations under the FCRA.

## FACTUAL ALLEGATIONS

### First, A Quick Background on Credit Reporting

10.     Credit reporting is a fact of modern life.

11.     Plaintiff, like other consumers in America, has no choice on whether private companies such as Defendant Experian maintain and sell credit reports on Plaintiff to other companies typically known as "users" of credit reports[1].

---

[1] There are some technical differences in consumer reports and consumer disclosures but in this Complaint, Plaintiff will use the common industry term of "credit report" which is also used in the official site to pull your free reports at www.AnnualCreditReport.com that the Federal Government forced the three credit bureaus -- Equifax, Experian, and Trans Union –to setup for consumers.

12.     Plaintiff's sole comfort is to know any such reporting must be done accurately and completely.

13.     Defendant is not allowed to report false information.

14.     Defendant is not allowed under the law to report incomplete information.

15.     Congress passed the FCRA and specifically stated in Section 1681(a)(4) that "There is a need to insure that consumer reporting agencies exercise their **grave responsibilities** with fairness, impartiality, and a respect for the consumer's privacy." (Emphasis added).

**The Dispute Method of Correcting False/Incomplete Information Under The FCRA**

16.     When a consumer, such as Plaintiff, realizes there is false or incomplete information on their credit reports or consumer disclosures, Plaintiff has the right to dispute this with Defendant Experian.

17.     The consumer simply disputes (verbally by phone, online, by fax, or by mail) to Defendant Experian and requests an investigation of information so that the information will be corrected (if possible) or deleted.

18.     Defendant Experian must notify the furnisher of the dispute within the time limits set forth by the FCRA.

19.     If Defendant Experian does not notify the furnisher as required by the FCRA this is a violation of the FCRA by Defendant Experian.

20.     Defendant Experian must do its own reasonable investigation into the dispute which include examining all the information Defendant Experian has or can reasonably obtain to assist in the investigation.

21.     Defendant Experian must correct inaccurate or incomplete information or delete the account if the account is found to be inaccurate or incomplete or cannot be verified for

accuracy.

## The Accounts at Issue

22.    Plaintiff disputed multiple accounts on her Experian credit report. Despite these disputes, Experian failed to ensure the accuracy or completeness of the information and did not delete the erroneous entries from Plaintiff's credit report.  The disputed accounts are as follows:

a.    **SYNCB/WALMART** (Account No. 603220**********)

b.    **CREDIT FIRST NA/FIRESTONE** (Account No. 78125****)

c.    **JP MORGAN CHASE (**Account No. 414740**********)

d.    **SANTANDER CONSUMER USA (**Account No. 300002***********)

e.    **SANTANDER CONSUMER USA (**Account No. 300002***********)

f.    **SUNCOAST CREDIT UNION** (Account No. 482057**********)

g.    **SUNCOAST CREDIT UNION** (Account No. 310250*****)

h.    **US BANK HOME MORTGAGE** (Account No. 515990*******)

(the "**Accounts**")

## Personal Information

23.    Plaintiff disputed her personal information as reported on her credit report and provided the correct and only information that should be listed on her credit report. The disputed information included her name, date of birth, social security number, address, and telephone number as it should appear on her credit report.

## Plaintiff Disputed Errors But The False/Incomplete Information
## on The Account was Not Corrected or Deleted By Defendant Experian

24.    On or about April 2, 2025, Plaintiff sent Defendant Experian a written dispute letter related to the Accounts. *See* **Exhibit "A" (Redacted Dispute Letter)**.

25.    The errors were clearly spelled out for the Defendant Experian to understand the

nature of the errors.

26.    The errors consisted of inaccurate information and incomplete information on each

of the Accounts.

27.    Defendant Experian received the letter on or about April 12, 2025. (Tracking No.

9405530109355132478132).

28.    Plaintiff did not receive a response from Defendant Experian in response to the

April 2, 2025, letter.

**Plaintiff Disputed Errors Regarding Her Personal Information But the
False/Incomplete/Inaccurate Personal Information Was Not
Corrected or Deleted By Defendant Experian**

29.    On or about April 2, 2025, Plaintiff sent Defendant Experian a written dispute letter

related to her personal information. *See* **Exhibit "A" (Redacted Dispute Letter)**.

30.    Plaintiff provided the only and correct information that should be listed as her

personal information on her credit report.

31.    The correct information as it should be listed was clearly spelled out for Defendant

Experian.

32.    Defendant Experian received the letter on or about April 12, 2025. (Tracking No.

9405530109355132478132).

33.    Plaintiff did not receive a response from Defendant Experian in response to the

April 2, 2025, letter.

**Defendant Experian's Investigations (If Any) Violate The FCRA as Each Investigation
was Done Negligently and Intentionally Or Recklessly or In Wanton Disregard
Of Plaintiff and The FCRA**

34.    The disputes were simple – the specific inaccurate and incomplete information (and

information that could not be verified) were identified for each Account.

35.    The disputed incomplete and/or inaccurate personal information was spelled out and provided very clearly to Defendant Experian.

36.    Defendant Experian knew it was not allowed to report incomplete or inaccurate information or information that could not be verified but it did so anyway.

37.    These fundamental rules of credit reporting, as applied to Plaintiff's Accounts and personal information, were ignored, intentionally, recklessly, and/or negligently, by Defendant Experian.

38.    Had Defendant Experian looked in even the most cursory way at the dispute, it would have seen that the errors were obvious, and the Accounts and personal information would have been corrected or deleted.

39.    Defendant Experian failed to correct or delete all of the Accounts and/or inaccurate personal information.

40.    All actions of Defendant Experian fall woefully short of the requirements of the FCRA for Defendant Experian to do a reasonable investigation.

41.    If Defendant Experian had performed even a negligent investigation, it is more likely than not that the false and incomplete information would have been deleted from Plaintiff's credit reports.

42.    A reasonable investigation would have certainly resulted in the correction or deletion of the Accounts and/or inaccurate personal information as the information related to the Accounts consisted of data directly from the credit reports produced by Experian, and Plaintiff provided Defendant Experian with documentation and information to correct these Accounts and her personal information.

43.    The Accounts and personal information were described in detail, the errors were

described in detail showing in words and in markings on the credit report pages (included with the dispute letter) the missing (incomplete) information, and the contradictory information and it was obvious to Defendant Experian what needed to be done but it refused to reasonably investigate the Accounts and corrective personal information.

44.     Defendant Experian has refused to invest the time, money, and effort to carry out its federally mandated duties of investigation.

45.     Defendant Experian negligently, recklessly, wantonly and/or willfully violated the requirement of reasonable investigation as required under the FCRA.

46.     The result is that obviously wrong, inaccurate, and/or incomplete, Accounts and personal information were allowed to stay on Plaintiff's credit reports. *See* **Exhibit "B"** (**Plaintiff's Redacted May 19, 2025, Credit Report).**

47.     Defendant Experian has continued to report, even after its wrongful investigation, the Accounts and personal information, thus failing to use all reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports.

48.     Defendant Experian has allowed users to access Plaintiff's credit reports before the dispute, during the dispute time period, and even after the investigations (if any) by Defendant Experian were concluded.

49.     Certainly, after Plaintiff notified Defendant Experian, it knew that Accounts and personal information should not and could not remain on Plaintiff's credit reports unless corrected.

50.     But Defendant Experian refused not only to properly investigated under Section 1681i but also refused to remove the Accounts and incomplete and/or inaccurate personal information under Section 1681e(b) which is the maximum possible accuracy Section of the FCRA.

51.     By allowing the Accounts to remain on Plaintiff's credit reports with the inaccurate, incomplete, unverifiable and/or contradictory information, Defendant Experian created and allowed misleading information which would more likely than not mislead users of Defendant Experian reports to believe these Accounts were properly being reported and should be considered when evaluating Plaintiff for whatever purpose the users had when accessing Plaintiff's credit reports when in fact the Accounts were required by law to be delete when Defendant Experian decided to allow the Accounts to have inaccurate, incomplete, unverifiable and/or contradictory information.

52.     By allowing the personal information to remain on Plaintiff's credit reports with the inaccurate, incomplete, unverifiable and/or contradictory information, Defendant Experian created and allowed misleading information which would more likely than not mislead users of Defendant Experian reports to believe this information was properly reported and should be considered when evaluating Plaintiff for whatever purpose the users had when accessing Plaintiff's credit reports when in fact the disputed personal information was required by law to be delete when Defendant Experian decided to allow the disputed personal information to remain inaccurate, incomplete, unverifiable and/or contradictory on Plaintiff's credit reports.

53.     The FCRA is clear that Accounts with inaccurate, incomplete, unverifiable and/or contradictory information are not allowed to remain on the credit reports in a similar manner that obsolete accounts (even if they belong to the consumer) are not allowed to remain on reports after the time period allowed by the FCRA.

54.     The FCRA is also clear that personal information with inaccurate, incomplete, unverified and/or contradictory information is not allowed to remain on the credit reports.

55.     Defendant Experian caused an inaccurate and misleading picture to appear of

Plaintiff to users of reports by Defendant Experian when Defendant Experian refused to correct or delete the Accounts and/or personal information at issue.

### Defendant Experian Refused To Provide Plaintiff With a Full File Disclosure as Required by Section 1681g of the FCRA

56.     Plaintiff requested Plaintiff's full file disclosure under Section 1681g of the FCRA.

57.     The full file disclosure is more than what is provided in a consumer report or a credit report – it is all the information the credit bureau has on the consumer.

58.     But Defendant Experian refused to give this to Plaintiff.

59.     The law is very simple under Section 1681g – provide everything to Plaintiff that is in Plaintiff's file.

60.     Defendant Experian knew Plaintiff had requested this information and had identified who the Plaintiff was and requested the file be sent to Plaintiff's home address.

61.     Defendant Experian refused to provide all the data contained in its files.

62.     As one simple example, there are accounts with missing data, even though Defendant Experian has this data.

63.     Defendant Experian has deprived Plaintiff of Plaintiff's right to see everything in Plaintiff's file that is required to be provided to Plaintiff under Section 1681g.

64.     Without having access to all the information in Plaintiff's file, Plaintiff is unable to determine if there is additional inaccurate/incomplete information that Plaintiff needs to dispute had Plaintiff been given the full file as required by law.

### Experian Refused to Accept Plaintiff's Consumer Statement As Required By Section 1681i

65.     Plaintiff specifically requested, as is Plaintiff's right under Section 1681i, a statement to be added to the Plaintiff's consumer file about the inaccurate and incomplete data on

each of the Accounts.

66.    Defendant Experian refused to do this.

67.    Defendant Experian has no right to do this as Plaintiff met the requirements under

Section 1681i.

68.    Defendant Experian refused to explain to Plaintiff why Defendant Experian is

violating the law in this manner.

<u>**Damages Suffered By Plaintiff Due To The Actions of Experian**</u>

69.    Plaintiff has suffered actual damages because of these illegal actions by Defendant

Experian in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation,

embarrassment, amongst other negative emotions (and Plaintiff had physical manifestations of

such emotions), damage to credit, economic loss, as well as suffering from unjustified and abusive

invasions of personal privacy. All such damages have been suffered in the past, are continuing to

be suffered, and such damages will continue in the future.

70.    All actions (and omissions) by any employee or agent of Defendant Experian were

taken in the line and scope of such employment or agency.

71.    Plaintiff has hired the undersigned counsel to represent Plaintiff in this matter and

has assigned to them the right to obtain reimbursement for reasonable fees and costs.

**COUNT 1**
**<u>EXPERIAN'S WILFUL VIOLATIONS OF THE FCRA</u>**

72.    Plaintiff adopts and incorporates paragraphs 1-71 as if fully stated herein.

73.    On at least one occasion within the past year, by example, and without limitation,

Defendant Experian violated 15 U.S.C. § 1681e(b) by failing to establish or follow reasonable

procedures to assure the maximum possible accuracy in the preparation of the credit reports and

credit files published and maintained concerning Plaintiff.

74.    On at least one occasion within the past year, by example only and without limitation, Experian violated 15 U.S.C. § 1681i(a)(1)(A) by failing to conduct a reasonable reinvestigation with respect to the disputed information.

75.    On at least one occasion within the past year, by example only and without limitation, Experian violated 15 U.S.C. § 1681i(a)(4) by failing to review and consider all relevant information submitted by Plaintiff with respect to the disputed Information.

76.    On at least one occasion within the past year, by example only and without limitation, Experian violated 15 U.S.C. § 1681i(a)(5) by failing to delete the inaccurate, incomplete, and/or unverified information.

77.    On at least one occasion within the past year, by example only and without limitation, Experian violated 15 U.S.C. § 1681g(a)(1) by failing to clearly and accurately disclose to the Plaintiff all information in the Plaintiff's consumer file at the time of the request.

78.    Plaintiff notified Defendant Experian directly of a dispute on the Accounts completeness and accuracy.

79.    Plaintiff's credit reports from Defendant Experian were repeatedly accessed prior to the dispute and after the dispute and any investigation by users of Plaintiff's credit reports.

80.    These users obtained copies of Plaintiff's credit reports containing the false, incomplete, and unverified information about the Accounts and/or personal information because Defendant Experian refused to correct or delete the Account and/or personal information.

81.    Plaintiff alleges that at all relevant times Defendant Experian failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports, concerning the Accounts in question, as well as the disputed personal information, violating 15 U.S.C. § 1681e(b).

82.    Defendant Experian did not properly notify the Accounts furnishers of the dispute as required by the FCRA and this violates 15 U.S.C. § 1681i or alternatively, Defendant Experian did notify the Accounts furnishers; Plaintiff Pleads this alternatively as only Defendant Experian knows if it followed the law, and this will come out in discovery.

83.    Defendant Experian failed to investigate, failed to delete information found to be inaccurate or incomplete, reinserted the information without following the FCRA, and/or failed to properly investigate Plaintiff's disputes in violation of 15 U.S.C. § 1681i and this was done wantonly and/or willfully.

84.    Plaintiff's credit reports from Defendant Experian were accessed by users of Plaintiff's credit reports after the investigation (if any) by Defendant Experian.

85.    These users obtained copies of Plaintiff's credit reports containing the false, incomplete, and unverified information about the Accounts because Defendant Experian refused to correct or delete the Accounts and/or disputed personal information.

86.    Plaintiff alleges that Defendant Experian failed to conduct a proper and lawful reinvestigation.

87.    Defendant Experian made the disputed information even more inaccurate and/or incomplete instead of increasing the accuracy and completeness of it.

88.    Defendant Experian refused to add Plaintiff's consumer statement to Plaintiff's file.

89.    Plaintiff requested Plaintiff's file disclosures, but Defendant Experian refused to give Plaintiff the full file disclosure as required by the FCRA.

90.    Defendant Experian failed to establish or follow reasonable procedures to assure the maximum possible accuracy of Plaintiffs credit reports and credit files when investigating Plaintiff's disputes of the information contained in Plaintiff's Experian credit report.

91.    Defendant Experian failed to conduct a reasonable investigation and reinvestigation.

92.    Defendant Experian failed to review and consider all relevant information submitted by Plaintiff.

93.    Without any explanation or reason, Defendant Experian continues to report this unverifiable, inaccurate, or otherwise incomplete information, about Plaintiff.

94.    Plaintiff has suffered damages as a result of the incorrect reporting and Defendant Experian's failure to correct the credit report pertaining to Plaintiff.

95.    Defendant Experian's procedures were per se deficient by reason of these failures in ensuring the maximum possible accuracy of Plaintiff's credit report and files and failures in its investigation of Plaintiff's Dispute.

96.    Defendant Experian has willfully and recklessly failed to comply with the FCRA. The failures of Defendant Experian to comply with the FCRA include, but are not limited to, the following: [a] the failure to follow reasonable procedures to assure the maximum possible accuracy of the information reported; [b] the failure to remove and/or correct the inaccurate and/or incomplete credit information after a reasonable request by Plaintiff; [c] the failure to promptly and adequately investigate information which Defendant Experian had notice was inaccurate and/or incomplete; [d] the continual placement of inaccurate and/or incomplete information into the credit report of Plaintiff after being advised by Plaintiff that the information was inaccurate and/or incomplete; [e] the failure to promptly delete information that was found to be inaccurate, incomplete, could not be verified, or that the source of information had advised Defendant Experian to delete; and [f] the failure to take adequate steps to verify information Defendant Experian had reason to believe was inaccurate before including it in the credit report of the

consumer.

97.    The conduct, action, and inaction of Defendant Experian was willful, thereby rendering Defendant Experian liable for the greater of Plaintiff's actual damages and statutory damages of up to $1,000 per violation, and punitive damages, in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

98.    Plaintiff is entitled to recover reasonable costs and attorney's fees from Defendant Experian in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

99.    As a result of the conduct, action, and inaction, of Defendant Experian, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

100.    WHEREFORE, Plaintiff, respectfully requests this Court to enter judgment against Defendant Experian, awarding Plaintiff the following relief:

a.    The greater of Plaintiff's actual damages and statutory damages of $1,000 per incident, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b.    Punitive damages pursuant 15 U.S.C. § 1681n(a)(2);

c.    Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n(a)(3); and

d.    Such other relief that this Court deems just and proper.

## COUNT 2
## EXPERIAN'S NEGLIGENT VIOLATIONS OF THE FCRA

101.    Plaintiff adopts and incorporates paragraphs 1-71 as if fully states herein.

102.    Defendant Experian owed Plaintiff a legal duty to follow reasonable procedures to assure maximum possible accuracy of information in reports it sold regarding Plaintiff, pursuant to 15 U.S.C. § 1681e(b).

103.    On at least one occasion within the past year, by example only and without

limitation, Defendant Experian breached their duty, pursuant to 15 U.S.C. § 1681e(b) by selling
reports regarding Plaintiff including the inaccurate, incomplete and/or unverified disputed
information.

104.    Defendant Experian owed Plaintiff a legal duty to conduct a reasonable
reinvestigation with respect to the disputed information, pursuant to 15 U.S.C. § 1681i(a)(1)(A).

105.    On at least one occasion within the past year, by example only and without
limitation, Defendant Experian breached their duty, pursuant to 15 U.S.C. § 1681i(a)(1)(A) by
failing to conduct a reasonable reinvestigation with respect to the disputed information.

106.    Defendant Experian owed Plaintiff a legal duty to review and consider all relevant
information submitted by the consumer with respect to the disputed information, pursuant to 15
U.S.C. § 1681i(a)(4).

107.    On at least one occasion within the past year, by example only and without
limitation, Defendant Experian breached their duty, pursuant to 15 U.S.C. § 1681i(a)(4) by failing
to consider and review all information submitted by Plaintiff regarding the disputed information.

108.    Defendant Experian owed Plaintiff a legal duty to delete inaccurate, incomplete or
unverified information, pursuant to 15 U.S.C. § 1681i(a)(5).

109.    On at least one occasion, by example only and without limitation, Defendant
Experian breached their duty, pursuant to 15 U.S.C. § 1681i(a)(5) by failing to delete the
inaccurate, incomplete or unverified information from Plaintiff's credit report.

110.    Defendant Experian owed Plaintiff a legal duty to clearly and accurately disclose
to Plaintiff all information in Plaintiff's consumer's file at the time of the request, pursuant to 15
U.S.C. § 1681g(a)(1).

111.    On at least one occasion within the past year, by example only and without

limitation, Experian violated 15 U.S.C. § 1681g(a)(1) by failing to clearly and accurately disclose to the Plaintiff all information in the Plaintiff's consumer file at the time of the request.

112.    Defendant Experian has negligently failed to comply with the FCRA. The failures of Defendant Experian to comply with the FCRA include, but are not limited to, the following: [a] the failure to follow reasonable procedures to assure the maximum possible accuracy of the information reported; [b] the failure to remove and/or correct the inaccurate and/or incomplete credit information after a reasonable request by Plaintiff; [c] the failure to promptly and adequately investigate information which Defendant Experian had notice was inaccurate and/or incomplete; [d] the continual placement of inaccurate and/or incomplete information into the credit report of Plaintiff after being advised by Plaintiff that the information was inaccurate and/or incomplete; [e] the failure to promptly delete information that was found to be inaccurate, incomplete, could not be verified, or that the source of information had advised Defendant Experian to delete; and [f] the failure to take adequate steps to verify information Defendant Experian had reason to believe was inaccurate before including it in the credit report of the consumer.

113.    The conduct, action, and inaction, of Defendant Experian was negligent noncompliance, thereby rendering Defendant Experian liable for actual damages pursuant to 15 U.S.C. § 1681o.

114.    Plaintiff is entitled to recover costs and reasonable attorney's fees from Defendant Experian in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681o.

115.    As a result of the conduct, action, and inaction of Defendant Experian, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

116.    WHEREFORE, Plaintiff, respectfully requests this Court to enter judgment against

Defendant Experian, awarding Plaintiff the following relief:

a.      Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.      Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681o(a)(2); and

c.      Such other relief that this Court deems just and proper.

## DEMAND FOR JURY TRIAL

117.    Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: June 23, 2025.

Respectfully Submitted,

*/s/ Ethan B. Babb*
**ETHAN B. BABB, ESQ.**
Florida Bar No. 127488
Email: ebabb@babblaw.com
Secondary: kschofield@babblaw.com
**SAMANTHA R. WOOD, ESQ.**
Florida Bar. No. 1003177
Email: swood@babblaw.com
Secondary: cthompson@babblaw.com
**ETHAN BABB LAW FIRM**
6013 Farcenda Place, Suite 101
Melbourne, FL 32940
Phone: (321) 529-2222
Fax: (321) 529-2929
*Counsel for Plaintiff*

## ATTACHED EXHIBIT LIST

A.  Plaintiff's Redacted Dispute Letter to Experian, April 2, 2025.
B.  Plaintiff's May 19, 2025, Redacted Credit Report.

**EXHIBIT "A"**

April 2, 2025


Experian
P.O. Box 9701
Allen, TX 75013

Dear Sir or Madam,

I require my complete file disclosure, and you must only report details about me that are 100%
true and complete. I do not want you to report anything incomplete, inaccurate or inconsistent.

I have reviewed my Experian credit report which I have obtained from your credit reporting
agency and the **Experian Report Number is 1986-0753-44** I have found out that in my credit
report there is some information which is incomplete, inaccurate or inconsistent.

I am disputing the information which I believe is not true or incomplete, inaccurate or
inconsistent information you have on my credit report and I want you to investigate inaccurate,
incomplete, not authenticated or no longer valid information related to my personal information.
This will ensure that you maintain only accurate information about me, reducing the likelihood
of identity theft or a mixed file. I appreciate your efforts to retain the following correct details on
my record:

The information listed below is the only accurate personal data you should have on record.
Please delete any other information

My **Name**: Tanoka Chimere Sims
My **date of birth**: ▮▮▮▮▮▮
My **Social Security Number**: ▮▮▮▮▮▮
My **correct address**: 367 Cascade Bend Dr Ruskin FL, 33570-6309
My **phone number**: ▮▮▮▮▮▮

I am requesting that you and the furnishers conduct a thorough investigation of the accounts I am
disputing. Please forward a copy of this letter to each furnisher and ensure that both you and the
furnishers comply with the law by performing a proper investigation. I am not asking for this
request to be ignored or for you to send generic responses. I take the accuracy of my credit reports
seriously, and it is essential that all information is correct, complete, and fully verified. My reports
contain contradictory, incomplete, and incorrect information that cannot be verified. Whether these
errors come from the furnishers providing inaccurate data or from your reporting, it is now your
responsibility to fix them. To assist your review, I have included marked-up copies of my credit
reports, clearly highlighting the disputed items with brief explanations. These errors should be
obvious to both you and the furnishers. I expect every account to be 100% accurate, complete, and
verifiable. Any account that does not meet these standards must be deleted immediately.

I am requesting a **thorough and proper investigation** of **every account** listed below, including **each error** or **missing data** I point out in this letter and the marked-up pages of my credit report. I will clearly identify each account and specify what I believe is wrong.

You will find **incomplete**, **contradictory**, and **inaccurate** information—each of which must be corrected. If you cannot make the information **100% accurate, complete, and verifiable**, the entire account must be deleted.

For your convenience, I have included **all relevant pages** from my credit report to help you identify the accounts and errors. Additionally, as you investigate, if you find any other inaccurate, incomplete, or unverifiable information, I expect you to correct or delete it.

I also request a **full file disclosure**—do not withhold any information. For your reference, I have enclosed my **ID**, **proof of address**, **SSN** and **marked-up pages** from my credit report.

After completing your investigation, please provide me with the results and a full copy of my file, including all information you have on me. This should include all inquiries (both hard and soft pulls) with their purpose and copies of certifications from users of my report. As required under **FCRA §1681g**, disclose all sources of information and identify anyone who accessed my report. Additionally, under **FCRA §1681i**, provide a description of the procedures used to investigate each disputed account, including the business name, address, and phone number of any furnisher contacted.

For each account I have disputed, please include my 100-word "Consumer Statement" on any account you do not delete.

I am deeply frustrated with the inaccuracies and inconsistencies related to this account. The information is incorrect, incomplete, and does not belong to me. Despite submitting a detailed dispute, Experian has refused to correct or delete the errors. This account is outdated and misrepresents my credit history and financial standing.

I urge anyone reviewing my report to disregard this account, as it does not accurately reflect my creditworthiness. I am committed to ensuring my report is fair, accurate, and complete.

Please do not ignore this letter or refuse to conduct a thorough investigation. Under *Section 1681i(a)* of the Fair Credit Reporting Act, you are required to investigate disputed information and ensure that only 100% accurate, verifiable, and complete information is reported. Any information that is inaccurate, incomplete, or cannot be verified must be promptly deleted from my file. I have enclosed my **ID**, **proof of address**, **SSN** and **marked-up pages** from my credit report.

I am sending this letter personally, not through a credit repair company. I am using a certified digital mailing service for convenience, so please do not reject it due to the postmark location.

I request a thorough investigation of the disputed items and a complete file disclosure, as required by law.

I have included proof of my identity, pages from my **Experian Report Number is 1986-0753-44**, and my signature. If you have any concerns about its authenticity, feel free to contact me via email.

Thank you.


Tanoka Chimere Sims
DOB: ▮▮▮▮▮
Social Security Number: ▮▮▮▮▮▮
367 Cascade Bend Dr Ruskin FL, 33570-6309
▮▮▮▮▮▮

---

**Account Name:** CAP1/WMT
**Account Number:** 603220XXXXXXXXXX
**Status:** Transferred, Closed.
**Balance:** N/A
**Date Opened:** 11/24/2017
**Account Type:** Credit card

The Date Opened (11/24/2017) does not match the Payment History chart (November 2019).

The Balance section for this account is blank. Why is that?

The Recent Payment section for this account is blank. Why is that?

This account says it is transferred, closed but it also says there is a credit limit of $3,900. That doesn't make sense.

The High Balance in Account Info ($1,908) doesn't match the Balance Histories ($1,599).

The High Balance in Additional Info doesn't match The Highest Balance Section in Account Info.

The High Balance in Additional Info doesn't match the Balance History.

Why is it that my balance in the Balance Histories section goes down but the payments are listed as $0?

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2019 in January, February, March, April, May, June, July, August, September and October

- The Payment History Chart is missing data for 2018 in January through December.

- The Payment History Chart is missing data for 2017 in November and December.

There is missing information in the Balance Histories.

- The Balance History is missing data for 2024 in March and May.

---

**Account Name:** CREDIT FIRST NA/ FIRESTONE
**Account Number:** 78125XXXX
**Status:** Open
**Balance:** $1,583
**Date Opened:** 03/31/2018
**Account Type:** Charge Card

The Date Opened (03/31/2018) does not match the Payment History chart (May 2018).

The Balance in Account Info ($1,583) doesn't match the Balance Histories ($1,659).

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

The High Balance in Additional Info doesn't match The Highest Balance Section in Account Info.

There is missing information in the Payment History Chart.

The High Balance in Additional Info doesn't match the Balance History.

There is missing information in the Balance Histories.

- The Balance History is missing data for 2023 in July and December.

- The Balance History is missing data for 2024 in March, June and December.

- The Payment History Chart is missing data for 2018 in March and April

---

**Account Name:** JPMCB CARD

**Account Number:** 414740XXXXXXXXXX
**Status:** Open.
**Balance:** $260
**Date Opened:** 07/28/2017
**Account Type:** Credit Card

The Date Opened (07/28/2017) does not match the Payment History chart (March 2018).

The Balance in Account Info ($260) doesn't match the Balance Histories ($296).

The Recent Payment section for this account is blank. Why is that?

The Highest Balance in Account Info ($582) doesn't match the Balance Histories ($407).

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I
can check to make sure you are completely and accurately reporting this account. You have this
information in my file or you would not be allowed to report this account, correct? I've asked for my full
complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the
information about [me] in the files of a consumer reporting agency "and that's what I want -- everything
you have on me, including the date of first delinquency. Make my account accurate and complete or
delete the account.

The High Balance in Additional Info doesn't match The Highest Balance Section in Account Info.

The High Balance in Additional Info doesn't match the Balance History.

Why is it that my balance in the Balance Histories section goes down but the payments are listed as $0?

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2018 in January and February.

- The Payment History Chart is missing data for 2017 in July, August, September, October,
  November and December.

---

**Account Name:** SANTANDER CONSUMER USA
**Account Number:** 300002XXXXXXXXXX
**Status:** Paid, Closed.
**Balance:** N/A
**Date Opened:** 12/12/2020
**Account Type:** Auto Loan

The Date Opened (12/12/2020) does not match the Payment History chart (January 2021).

The Balance section for this account is blank. Why is that?

The Recent Payment section for this account is blank. Why is that?

The Highest Balance section for this account is blank. Why is that?

This account says it was paid but there is no date for when it was paid.

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2020 in December.

---

**Account Name:** SANTANDER CONSUMER USA
**Account Number:** 300002XXXXXXXXXXX
**Status:** Open. $473 past due as of Feb 2025.
**Balance:** $18,645
**Date Opened:** 07/26/2024
**Account Type:** Auto Loan

The Date Opened (07/26/2024) does not match the Payment History chart (August 2024).

The Balance in Account Info ($18,645) doesn't match the Balance Histories ($18,348).

The Recent Payment section for this account is blank. Why is that?

The Highest Balance section for this account is blank. Why is that?

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2024 in July.

---

**Account Name:** SUNCOAST CREDIT UNION
**Account Number:** 482057XXXXXXXXXXX
**Status:** Closed.
**Balance:** $9,247

**Date Opened:** 10/08/2002
**Account Type:** Credit card

The Date Opened (10/08/2002) does not match the Payment History chart (September 2021).

The Balance in Account Info ($9,247) doesn't match the Balance Histories ($9,397).

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

The High Balance in Additional Info doesn't match The Highest Balance Section in Account Info.

The High Balance in Additional Info doesn't match the Balance History.

The Highest Balance in Account Info ($9,717) doesn't match the Balance Histories ($9,397).

There is missing information in the Payment History Chart.

There is missing information in the Balance Histories.

- The Balance History is missing data for 2023 in October and December.

- The Balance History is missing data for 2024 in March, April, June and September.

- The Payment History Chart is missing data for 2021 in January, February, March, April, May, June, July and August.

- The Payment History Chart is missing data for 2003-2020 in January through December.

- The Payment History Chart is missing data for 2002 in October, November and December.

---

**Account Name:** SUNCOAST CREDIT UNION
**Account Number:** 310250XXXXX
**Status:** Open. $358 past due as of Feb 2025.
**Balance:** $377
**Date Opened:** 09/09/2022
**Account Type:** Auto Loan

The Date Opened (09/09/2022) does not match the Payment History chart (October 2022).

The Balance in Account Info ($377) doesn't match the Balance Histories ($356).

The Recent Payment section for this account is blank. Why is that?

The Highest Balance section for this account is blank. Why is that?

The Payment History for January 2025 and February 2025 does not make sense. January 2025 says 30 Days late and February 2025 says 90 Days late. How come I go from 30 days late to 90 days late in one month?

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

There is missing information in the Balance Histories.

- The Balance History is missing data for 2024 in February, April and October

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2024 in October.

---

**Account Name:** US BANK HOME MORTGAGE
**Account Number:** 515990XXXXXXX
**Status:** Open. $4,413 past due as of Feb 2025.
**Balance:** $148,619
**Date Opened:** 04/14/2017
**Account Type:** FHA Mortgage

The Date Opened (04/14/2017) does not match the Payment History chart (October 2021).

The Balance in Account Info ($148,619) doesn't match the Balance Histories ($149,021).

The Highest Balance section for this account is blank. Why is that?

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

There is missing information in the Balance Histories.

- The Balance History is missing data for 2023 in November.

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2017 in April, May, June, July, August, September, October, November and December.

- The Payment History Chart is missing data for 2018-2020 in January through December.

- The Payment History Chart is missing data for 2021 in January, February, March, April, May, June, July, August, September and October.

- The Payment History Chart is missing data for 2022 in January, February, March, April, October and November

- The Payment History Chart is missing data for 2023 in September, October and November

- The Payment History Chart is missing data for 2024 in November and December

- The Payment History Chart is missing data for 2025 in January







**Hillsborough County** Florida

| CUSTOMER NAME | | ACCOUNT NUMBER | BILL DATE | DUE DATE |
|---|---|---|---|---|
| TANOKA C SIMS | | ▊▊▊▊ | 10/29/2020 | 11/19/2020 |

Service Address: 367 CASCADE BEND DR

½ Page 1 of 1

| METER NUMBER | PREVIOUS DATE | PREVIOUS READ | PRESENT DATE | PRESENT READ | CONSUMPTION (IN GALLONS) | READ TYPE | METER DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 35518396 | 09/25/2020 | 8934 | 10/23/2020 | 9168 | 23400 | ACTUAL | WATER |

**Service Address Charges**

| | |
|---|---|
| Customer Bill Charge | $4.41 |
| Purchase Water Pass-Thru | $68.56 |
| Water Base Charge | $9.18 |
| Water Usage Charge | $54.05 |
| Sewer Base Charge | $14.83 |
| Sewer Usage Charge | $38.24 |
| Total Service Address Charges | $189.27 |

**Summary of Account Charges**

| | |
|---|---|
| Previous Balance | $197.63 |
| Net Payments - Thank You | ($197.63) |
| Total Account Charges | $189.27 |
| AMOUNT DUE | $189.27 |

**Important Message**

Worried about wasting water from an inefficient irrigation system? If you would like your system evaluated, call UF/IFAS Extension Hillsborough County, at 813-744-5519, EXT. 54142, 54144 or 54137 to see if a free evaluation can help conserve water.

**Consumption History x 100 Gallons**

Make checks payable to: **BOCC**

ACCOUNT NUMBER: ▊▊▊▊

**Hillsborough County** Florida

ELECTRONIC PAYMENTS BY CHECK OR

Automated Payment Line: (813) 276 8526
Internet Payments: HCFLGov.net/WaterBill
Additional Information: HCFLGov.net/Water

VISA  MasterCard  DISCOVER

**THANK YOU!**

| DUE DATE | 11/19/2020 |
|---|---|
| AMOUNT DUE | $189.27 |
| AMOUNT PAID | |

TANOKA C SIMS
367 CASCADE BEND DR
RUSKIN FL 33570-6309

677

0012427629121       00000189274

Prepared For

## TANOKA SIMS

**Personal & Confidential**

**Date Generated**  Mar 18, 2025

███████████████████████

| At a Glance | 39 Accounts | 0 Public Records | 7 Hard Inquiries |

## Personal Information

| 3 Names | 1 Addresses | 0 Employers | 3 Other Records |

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry— they don't affect your credit score.

### Names

| TANOKA C SIMS | TANOKA SIMS | TANOKA CHIMERE SIMS |
|---|---|---|
| Name ID #20779 | Name ID #22018 | Name ID #30081 |

## Addresses

**367 CASCADE BEND DR**
**RUSKIN FL, 33570-6309**

Address ID #0863399178
Single family

## Year of Birth

███████

## Phone Numbers



Cellular

Residential

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

### ADS/COMENITY/VICTORIA



#### Account Info

| | | | |
|---|---|---|---|
| Account Name | ADS/COMENITY/VICTORIA | Balance | $115 |
| Account Number | 539176XXXXXXXXXX | Balance Updated | 03/16/2025 |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $5 |
| Date Opened | 09/11/2015 | Credit Limit | $900 |
| Status | Open/Never late. | Highest Balance | $945 |
| Status Updated | Mar 2025 | Terms | - |

#### Payment History

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Oct 2023 | $0 | $0 | $0 on 10/7/2022 |
| Sep 2023 | $0 | $0 | $0 on 10/7/2022 |
| Aug 2023 | $0 | $0 | $0 on 10/7/2022 |
| Jul 2023 | $0 | $0 | $0 on 10/7/2022 |
| Jun 2023 | $0 | $0 | $0 on 10/7/2022 |
| May 2023 | $0 | $0 | $0 on 10/7/2022 |
| Apr 2023 | $0 | $0 | $0 on 10/7/2022 |
| Mar 2023 | $0 | $0 | $0 on 10/7/2022 |

**Additional info**

Between Mar 2023 and Jan 2025, your credit limit/high balance was $300

---

 **Contact Info**

| Address | PO BOX 31293,<br>SALT LAKE CITY UT 84131 |
|---------|------------------------------------------|
| Phone Number | (800) 955-7070 |

---

## CAP1/WMT

**POTENTIALLY NEGATIVE**

### Account Info

| Account Name | CAP1/WMT | Balance | - |
|--------------|----------|---------|---|

| | | | |
|---|---|---|---|
| Account Number | 603220XXXXXXXXXX | Balance Updated | - |
| Account Type | **Credit card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | - |
| Date Opened | **11/24/2017** | Credit Limit | $3,900 |
| Status | **Transferred,closed.** | Highest Balance | $1,908 |
| Status Updated | **Oct 2024** | Terms | - |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | CLS | — | — |
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | **30** | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | — | — | — | — | — | — | — | — | — | — | ✔ | ✔ |

✔ Current / Terms met    30 Past due 30 days
CLS Closed

### Payment history guide

30 days past due as of Mar 2020

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Sep 2024** | **$1,599** | $47 | $0 on 8/5/2024 |
| **Aug 2024** | **$1,338** | $70 | $0 on 6/27/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jul 2024 | $1,137 | $37 | $0 on 6/27/2024 |
| Jun 2024 | $987 | $34 | $0 on 5/24/2024 |
| Apr 2024 | $1,132 | $39 | $0 on 3/28/2024 |
| Apr 2024 | $1,090 | $38 | $0 on 3/28/2024 |
| Feb 2024 | $1,202 | $41 | $0 on 1/29/2024 |
| Jan 2024 | $1,231 | $43 | $0 on 12/28/2023 |
| Dec 2023 | $1,386 | $71 | $0 on 10/20/2023 |
| Nov 2023 | $1,225 | $37 | $0 on 10/20/2023 |
| Oct 2023 | $1,038 | $30 | $0 on 9/22/2023 |
| Sep 2023 | $779 | $28 | $0 on 8/25/2023 |
| Aug 2023 | $846 | $28 | $0 on 7/26/2023 |
| Jul 2023 | $828 | $28 | $0 on 7/26/2023 |
| Jun 2023 | $577 | $28 | $0 on 5/19/2023 |
| May 2023 | $687 | $28 | $0 on 4/21/2023 |
| Apr 2023 | $630 | $28 | $0 on 3/24/2023 |
| Mar 2023 | $699 | $28 | $0 on 3/3/2023 |

**Additional info**

Between Mar 2023 and Sep 2024, your credit limit/high balance was $3,900



## Contact Info

| | |
|---|---|
| Address | PO BOX 31293, SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |

## Comment

### Current:

Account previously in dispute - investigation complete, reported by data furnisher

Account closed due to transfer.

### Previous:

Account previously in dispute - investigation complete, reported by data furnisher

Jun 2024 to Sep 2024, Mar 2022 to Jan 2024

## Reinvestigation Info

This item was updated from our processing of your dispute in Feb 2025.

# CAPITAL ONE



## Account Info

| | | | |
|---|---|---|---|
| Account Name | CAPITAL ONE | Balance | $1,849 |
| Account Number | 552342XXXXXXXXXX | Balance Updated | 03/03/2025 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $90 |
| Date Opened | 11/24/2017 | Credit Limit | $3,900 |

Address    2 EMBARCADERO CTR FL 8,
           SAN FRANCISCO CA 94111

## CREDIT FIRST NA/ FIRESTONE

**POTENTIALLY NEGATIVE**

### Account Info

| | | | |
|---|---|---|---|
| Account Name | CREDIT FIRST NA/ FIRESTONE | Balance | $1,583 |
| Account Number | 78125XXXX | Balance Updated | 02/24/2025 |
| Account Type | Charge Card | Recent Payment | $114 as of 2/13/2025 |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 03/31/2018 | Credit Limit | $2,000 |
| Status | Open. | Highest Balance | $2,107 |
| Status Updated | Jan 2020 | Terms | - |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✔ | ✔ | — | — | — | — | — | — | — | — | — | — |
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | ✔ | ✔ | ✔ | ✔ | ✔ | 30 |
| 2018 | — | — | — | — | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | ✔ | ✔ |

✓ Current / Terms met    30  Past due 30 days

**Payment history guide**

30 days past due as of Dec 2019, Jun 2019, Oct 2018

By Aug 2026, this account is scheduled to go to a positive status.

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jan 2025 | $1,659 | $0 | $73 on 1/15/2025 |
| Dec 2024 | $1,652 | $0 | $150 on 12/13/2024 |
| Nov 2024 | $1,762 | $0 | $200 on 10/27/2024 |
| Nov 2024 | $1,951 | $0 | $0 on 9/18/2024 |
| Sep 2024 | $1,699 | $0 | $60 on 9/18/2024 |
| Aug 2024 | $1,711 | $0 | $100 on 8/13/2024 |
| Jul 2024 | $1,802 | $0 | $268 on 7/17/2024 |
| May 2024 | $1,902 | $0 | $205 on 5/13/2024 |
| May 2024 | $2,107 | $0 | $100 on 4/14/2024 |
| Apr 2024 | $915 | $0 | $155 on 3/10/2024 |
| Feb 2024 | $1,099 | $0 | $0 on 1/12/2024 |
| Jan 2024 | $1,070 | $0 | $50 on 1/12/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jan 2024 | $1,120 | $0 | $0 on 4/21/2023 |
| Nov 2023 | $0 | $0 | $0 on 4/21/2023 |
| Oct 2023 | $0 | $0 | $0 on 4/21/2023 |
| Sep 2023 | $0 | $0 | $0 on 4/21/2023 |
| Aug 2023 | $0 | $0 | $0 on 4/21/2023 |
| Jun 2023 | $0 | $0 | $0 on 4/21/2023 |
| May 2023 | $0 | $0 | $28 on 4/21/2023 |
| Apr 2023 | $28 | $0 | $213 on 4/13/2023 |
| Mar 2023 | $239 | $27 | $313 on 3/13/2023 |

**Additional info**

Between Nov 2024 and Jan 2025, your credit limit/high balance was $2,000

Between Jul 2024 and Sep 2024, your credit limit/high balance was $2,100

Between Jan 2024 and May 2024, your credit limit/high balance was $2,600

Between Mar 2023 and Jan 2024, your credit limit/high balance was $2,400

 **Contact Info**

Address          PO BOX 81083,
                 CLEVELAND OH 44181

Phone Number     (216) 362-3479

 **Comment**

**Current:**

**Account previously in dispute - investigation complete, reported by data furnisher**

### Previous:

**Account previously in dispute - investigation complete, reported by data furnisher**

Nov 2024 to Jan 2025, Jul 2024 to Sep 2024, Apr 2024 to May 2024, Jan 2024 to Feb 2024, Aug 2023 to Nov 2023, Nov 2022 to Jun 2023, Aug 2022 to Sep 2022, Jun 2022

**Affected by natural or declared disaster.**

Nov 2022



### Reinvestigation Info

**This item was updated from our processing of your dispute in Feb 2025.**



# CREDIT KARMA CB/CRB

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **CREDIT KARMA CB/CRB** | Balance | $0 |
| Account Number | **4MVXXXX** | Balance Updated | 02/27/2025 |
| Account Type | **Secured LOC** | Recent Payment | $20 as of 2/18/2025 |
| Responsibility | **Individual** | Monthly Payment | $0 |
| Date Opened | **09/27/2024** | Credit Limit | $1,000 |
| Status | **Open/Never late.** | Highest Balance | $20 |
| Status Updated | **Feb 2025** | Terms | - |

### Payment History

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jul 2023** | **$69** | $40 | $0 on 6/2/2023 |
| **Jun 2023** | **$0** | $0 | $0 on 6/2/2023 |
| **May 2023** | **$57** | $40 | $0 on 5/3/2023 |
| **Apr 2023** | **$120** | $40 | $0 on 4/4/2023 |
| **Mar 2023** | **$215** | $40 | $0 on 3/2/2023 |

### Additional info

Between Mar 2023 and Feb 2025, your credit limit/high balance was $2,000

### Contact Info

| | |
|---|---|
| Address | **PO BOX 15369,**<br>**WILMINGTON DE 19850** |
| Phone Number | [(800) 945-2000](tel:8009452000) |

### Reinvestigation Info

This item was updated from our processing of your dispute in Aug 2024.

## JPMCB CARD

**POTENTIALLY NEGATIVE**

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **JPMCB CARD** | Balance | **$260** |
| Account Number | **414740XXXXXXXXXX** | Balance Updated | **02/27/2025** |



| | | | |
|---|---|---|---|
| Account Type | **Credit Card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | $93 |
| Date Opened | **07/28/2017** | Credit Limit | $500 |
| Status | **Open.** | Highest Balance | $582 |
| Status Updated | **Aug 2019** | Terms | - |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✔ | ✔ | — | — | — | — | — | — | — | — | — | — |
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | **30** | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 | — | — | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔  Current / Terms met        30   Past due 30 days

### Payment history guide

30 days past due as of Jul 2019

By Mar 2026, this account is scheduled to go to a positive status.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jan 2025 | $296 | $93 | $0 on 1/27/2025 |
| Dec 2024 | $390 | $93 | $0 on 12/15/2024 |
| Nov 2024 | $141 | $41 | $0 on 11/11/2024 |
| Oct 2024 | $106 | $35 | $0 on 9/20/2024 |
| Sep 2024 | $16 | $16 | $0 on 9/20/2024 |
| Aug 2024 | $234 | $49 | $0 on 8/25/2024 |
| Jul 2024 | $297 | $59 | $0 on 7/26/2024 |
| Jun 2024 | $378 | $59 | $0 on 6/26/2024 |
| May 2024 | $407 | $59 | $0 on 5/17/2024 |
| Apr 2024 | $327 | $46 | $0 on 4/19/2024 |
| Mar 2024 | $190 | $46 | $0 on 3/25/2024 |
| Feb 2024 | $188 | $46 | $0 on 2/24/2024 |
| Jan 2024 | $344 | $47 | $0 on 12/22/2023 |
| Dec 2023 | $268 | $46 | $0 on 12/22/2023 |
| Nov 2023 | $232 | $52 | $0 on 11/17/2023 |
| Oct 2023 | $237 | $35 | $0 on 10/20/2023 |
| Sep 2023 | $348 | $38 | $0 on 9/25/2023 |
| Aug 2023 | $238 | $35 | $0 on 8/23/2023 |
| Jul 2023 | $275 | $35 | $0 on 7/21/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jun 2023 | $188 | $35 | $0 on 6/16/2023 |
| May 2023 | $231 | $52 | $0 on 5/19/2023 |
| Apr 2023 | $303 | $52 | $0 on 4/24/2023 |
| Mar 2023 | $287 | $52 | $0 on 3/2/2023 |

**Additional info**

Between Mar 2023 and Jan 2025, your credit limit/high balance was $500



### Contact Info

| | |
|---|---|
| Address | PO BOX 15369, WILMINGTON DE 19850 |
| Phone Number | (800) 945-2000 |



### Reinvestigation Info

This item was updated from our processing of your dispute in Feb 2025.

## NAVY FEDERAL CR UNION



### Account Info

| | | | |
|---|---|---|---|
| Account Name | NAVY FEDERAL CR UNION | Balance | - |
| Account Number | 430015XXXXXXXX | Balance Updated | - |
| Account Type | Auto Loan | Recent Payment | $9,574 as of 8/15/2024 |
| Responsibility | Individual | Monthly Payment | - |



### Reinvestigation Info

This item was updated from our processing of your dispute in Nov 2024.

---

## SANTANDER CONSUMER USA

**POTENTIALLY NEGATIVE**

### Account Info

| | | | |
|---|---|---|---|
| Account Name | SANTANDER CONSUMER USA | Balance | - |
| Account Number | 300002XXXXXXXXXXX | Balance Updated | - |
| Account Type | Auto Loan | Recent Payment | - |
| Responsibility | Joint | Monthly Payment | - |
| Date Opened | 12/12/2020 | Original Balance | $29,478 |
| Status | Paid, Closed. | Highest Balance | - |
| Status Updated | Sep 2022 | Terms | 75 Months |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — |
| 2021 | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    30 Past due 30 days
CLS Closed

### Payment history guide

30 days past due as of Jan 2022, Feb 2021



## Contact Info

| | |
|---|---|
| Address | **PO BOX 961211, FORT WORTH TX 76161** |
| Phone Number | [(888) 222-4227](tel:8882224227) |

## Reinvestigation Info

**This item was updated from our processing of your dispute in Feb 2025.**

---

## SANTANDER CONSUMER USA

**POTENTIALLY NEGATIVE**

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **SANTANDER CONSUMER USA** | Balance | **$18,645** |
| Account Number | **300002XXXXXXXXXX** | Balance Updated | **02/28/2025** |
| Account Type | **Auto Loan** | Recent Payment | **-** |
| Responsibility | **Joint with DE SHANA WILLIAMS** | Monthly Payment | **$441** |
| Date Opened | **07/26/2024** | Original Balance | **$17,187** |
| Status | **Open. $473 past due as of Feb 2025.** | Highest Balance | **-** |
| Status Updated | **Feb 2025** | Terms | **75 Months** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✔ | **30** | — | — | — | — | — | — | — | — | — | — |
| 2024 | — | — | — | — | — | — | — | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current / Terms met      30   Past due 30 days

**Payment history guide**

30 days past due as of Feb 2025

By Oct 2031, this account is scheduled to go to a positive status.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jan 2025 | $18,348 | $441 | $222 on 1/12/2025 |
| Dec 2024 | $18,219 | $441 | $220 on 12/30/2024 |
| Nov 2024 | $18,100 | $441 | $0 on 9/20/2024 |
| Oct 2024 | $17,782 | $441 | $0 on 9/20/2024 |
| Sep 2024 | $17,454 | $441 | $441 on 9/20/2024 |
| Aug 2024 | $17,578 | $441 | $0 |

**Additional info**

The original amount of this account was $17,187

 **Contact Info**

| Address | PO BOX 961211, |
|---------|----------------|
| | FORT WORTH TX 76161 |
| Phone Number | (888) 222-4227 |

 **Comment**

**Current:**

None

**Previous:**

Affected by natural or declared disaster.

Sep 2024



## SUNCOAST CREDIT UNION

### Account Info

| | | | |
|---|---|---|---|
| Account Name | SUNCOAST CREDIT UNION | Balance | - |
| Account Number | 482057XXXXXXXXXX | Balance Updated | - |
| Account Type | Credit card | Recent Payment | $125 as of 8/1/2023 |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 10/08/2002 | Credit Limit | $9,600 |
| Status | Credit card reported lost or stolen, closed. | Highest Balance | $715 |
| Status Updated | Sep 2023 | Terms | - |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |



| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Dec 2023** | **$6,505** | **$150** | **$0** |

### Additional info

The original amount of this account was $6,505

### Contact Info

Address                    **PO BOX 11904,**
                           **TAMPA FL 33680**

### Comment

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

Completed investigation of FCRA dispute - consumer disagrees.

Jul 2024 to Jan 2025

### Reinvestigation Info

This item was updated from our processing of your dispute in Aug 2024.

## SUNCOAST CREDIT UNION

**POTENTIALLY NEGATIVE**



## Account Info

| | | | |
|---|---|---|---|
| Account Name | SUNCOAST CREDIT UNION | Balance | $9,247 |
| Account Number | 482057XXXXXXXXXX | Balance Updated | 03/13/2025 |
| Account Type | Credit card | Recent Payment | $250 as of 3/7/2025 |
| Responsibility | Individual | Monthly Payment | $187 |
| Date Opened | 10/08/2002 | Credit Limit | $9,600 |
| Status | Closed. | Highest Balance | $9,717 |
| Status Updated | Feb 2025 | Terms | - |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 30 | CLS | CLS | — | — | — | — | — | — | — | — | — |
| 2024 | ✔ | ✔ | ✔ | 30 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | — | — | — | — | — | — | — | — | ✔ | 30 | ✔ | ✔ |

✔ Current / Terms met    30 Past due 30 days
CLS Closed

### Payment history guide

30 days past due as of Jan 2025, Apr 2024, Oct 2021

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Feb 2025 | $9,397 | $190 | $445 on 2/9/2025 |
| Jan 2025 | $9,717 | $195 | $100 on 12/15/2024 |
| Dec 2024 | $9,676 | $198 | $0 on 9/10/2024 |
| Nov 2024 | $9,469 | $193 | $0 on 9/10/2024 |
| Oct 2024 | $9,191 | $184 | $1,000 on 9/10/2024 |
| Aug 2024 | $9,439 | $191 | $189 on 8/9/2024 |
| Jul 2024 | $9,284 | $188 | $273 on 7/14/2024 |
| May 2024 | $9,148 | $186 | $398 on 4/19/2024 |
| May 2024 | $8,743 | $181 | $171 on 4/19/2024 |
| Feb 2024 | $8,632 | $174 | $0 on 12/29/2023 |
| Jan 2024 | $8,362 | $169 | $265 on 12/29/2023 |
| Nov 2023 | $6,577 | $120 | $145 on 11/6/2023 |
| Sep 2023 | $5,824 | $119 | $0 on 8/1/2023 |

**Additional info**

Between Sep 2023 and Feb 2025, your credit limit/high balance was $9,600



## Contact Info

Address

PO BOX 11904,
TAMPA FL 33680

Phone Number

(813) 621-7511



## Comment

### Current:

Completed investigation of FCRA dispute - consumer disagrees.

Account closed at credit grantor's request.

### Previous:

Account closed at credit grantor's request.

Feb 2025

Completed investigation of FCRA dispute - consumer disagrees.

Oct 2024 to Feb 2025, Jul 2024 to Aug 2024, May 2024, Jan 2024 to Feb 2024, Nov 2023



## Reinvestigation Info

This item was updated from our processing of your dispute in Feb 2025.

---

## SUNCOAST CREDIT UNION

**POTENTIALLY NEGATIVE**



## Account Info

| | | | |
|---|---|---|---|
| Account Name | SUNCOAST CREDIT UNION | Balance | $377 |
| Account Number | 310250XXXXX | Balance Updated | 02/28/2025 |
| Account Type | Auto Loan | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $377 |
| Date Opened | 09/09/2022 | Original Balance | $27,477 |
| Status | Open. $358 past due as of Feb 2025. | Highest Balance | - |

| Status Updated | Feb 2025 | Terms | 60 Months |
|---|---|---|---|

## $ Payment History

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 30 | 90 | — | — | — | — | — | — | — | — | — | — |
| 2024 | ✓ | 30 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | 90 | 60 |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

| ✓ | Current / Terms met | 30 | Past due 30 days |
|---|---|---|---|
| 60 | Past due 60 days | 90 | Past due 90 days |
| ND | No data for this period | | |

### Payment history guide

90 days past due as of Feb 2025, Feb 2025, Nov 2024

60 days past due as of Dec 2024

30 days past due as of Jan 2025, Mar 2024, Feb 2024

By Jun 2031, this account is scheduled to go to a positive status.

---

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Dec 2024 | $356 | $356 | $65 on 12/23/2024 |
| Nov 2024 | $400 | $400 | $0 on 9/3/2024 |
| Nov 2024 | $396 | $513 | $16,732 on 9/3/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Sep 2024 | $4,598 | $513 | $16,732 on 9/3/2024 |
| Aug 2024 | $21,182 | $513 | $520 on 7/8/2024 |
| Jul 2024 | $21,182 | $513 | $520 on 7/8/2024 |
| Jun 2024 | $21,662 | $513 | $515 on 7/8/2024 |
| May 2024 | $22,067 | $513 | $0 on 4/27/2024 |
| May 2024 | $21,997 | $513 | $513 on 4/27/2024 |
| Mar 2024 | $22,911 | $513 | $513 on 3/23/2024 |
| Jan 2024 | $23,563 | $513 | $0 on 11/30/2023 |
| Dec 2023 | $23,448 | $513 | $0 on 11/30/2023 |
| Nov 2023 | $23,382 | $513 | $1,026 on 11/30/2023 |
| Oct 2023 | $24,269 | $513 | $513 on 10/23/2023 |
| Sep 2023 | $24,666 | $513 | $0 on 8/18/2023 |
| Aug 2023 | $24,557 | $513 | $513 on 8/18/2023 |
| Jul 2023 | $24,970 | $513 | $513 on 7/25/2023 |
| Jun 2023 | $25,358 | $513 | $513 on 6/14/2023 |
| May 2023 | $25,748 | $513 | $0 on 3/10/2023 |
| Apr 2023 | $25,654 | $513 | $0 on 3/10/2023 |
| Mar 2023 | $25,515 | $513 | $1,026 on 3/10/2023 |

### Additional info

The original amount of this account was $27,477



### Contact Info

Address                                PO BOX 11904,
                                       TAMPA FL 33680



### Comment

#### Current:

Completed investigation of FCRA dispute - consumer disagrees.

#### Previous:

Completed investigation of FCRA dispute - consumer disagrees.

Nov 2024 to Dec 2024, May 2024 to Sep 2024, Mar 2024



### Reinvestigation Info

This item was updated from our processing of your dispute in Feb 2025.

---

## SYNCB/AMERICAN SIGNATURE



### Account Info

| | | | |
|---|---|---|---|
| Account Name | SYNCB/AMERICAN SIGNATURE | Balance | - |
| Account Number | 601919XXXXXXXXXX | Balance Updated | - |
| Account Type | Charge Card | Recent Payment | - |

| 2024 | — | — | — | — | — | — | — | ✓ | ✓ | CLS | — | — |

✓  Current / Terms met    CLS  Closed

This account is scheduled to continue on record until Oct 2034.

---

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Sep 2024** | **$59** | **$59** | **$60 on 9/17/2024** |
| **Aug 2024** | **$117** | **$60** | **$60 on 8/17/2024** |
| **Jul 2024** | **$173** | **$60** | **$0** |

### Additional info

The original amount of this account was $171

---

## Contact Info

Address        440 N WOLFE RD,
               SUNNYVALE CA 94085

---

## US BANK HOME MORTGAGE

**POTENTIALLY NEGATIVE**

## Account Info

| | | | |
|--|--|--|--|
| Account Name | **US BANK HOME MORTGAGE** | Balance | **$148,619** |
| Account Number | **515990XXXXXXX** | Balance Updated | **02/05/2025** |



| | | | |
|---|---|---|---|
| Account Type | **FHA Mortgage** | Recent Payment | **$1,462 as of 1/30/2025** |
| Responsibility | **Individual** | Monthly Payment | **$1,462** |
| Date Opened | **04/14/2017** | Original Balance | **$179,080** |
| Status | **Open. $4,413 past due as of Feb 2025.** | Highest Balance | **-** |
| Status Updated | **Feb 2025** | Terms | **35 Years** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ND | **90** | — | — | — | — | — | — | — | — | — | — |
| 2024 | ✓ | **30** | **60** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ✓ |
| 2022 | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ✓ |
| 2021 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓   Current / Terms met          30   Past due 30 days
60   Past due 60 days              90   Past due 90 days
ND   No data for this period

### Payment history guide

90 days past due as of Feb 2025

60 days past due as of Mar 2024

30 days past due as of Feb 2024

By Jul 2031, this account is scheduled to go to a positive status.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Dec 2024 | $149,021 | $0 | $0 on 9/30/2024 |
| Nov 2024 | $147,076 | $0 | $0 on 9/30/2024 |
| Oct 2024 | $146,265 | $1,462 | $1,487 on 9/30/2024 |
| Sep 2024 | $146,490 | $1,462 | $1,563 on 8/23/2024 |
| Aug 2024 | $146,790 | $1,462 | $1,462 on 7/30/2024 |
| Jul 2024 | $146,988 | $1,462 | $1,462 on 6/27/2024 |
| Jun 2024 | $147,185 | $1,462 | $1,462 on 5/30/2024 |
| May 2024 | $147,382 | $1,462 | $1,487 on 5/1/2024 |
| Apr 2024 | $148,210 | $1,462 | $3,975 on 3/14/2024 |
| Mar 2024 | $149,737 | $1,231 | $0 on 12/29/2023 |
| Feb 2024 | $149,199 | $1,231 | $0 on 12/29/2023 |
| Jan 2024 | $148,264 | $1,231 | $1,256 on 12/29/2023 |
| Dec 2023 | $148,964 | $1,231 | $4,925 on 11/30/2023 |
| Oct 2023 | $150,595 | $0 | $0 on 7/31/2023 |
| Sep 2023 | $150,181 | $0 | $0 on 7/31/2023 |
| Aug 2023 | $149,350 | $1,231 | $1,256 on 7/31/2023 |
| Jul 2023 | $149,565 | $1,231 | $1,256 on 6/29/2023 |
| Jun 2023 | $149,780 | $1,231 | $1,231 on 5/20/2023 |
| May 2023 | $149,994 | $1,231 | $1,201 on 3/31/2023 |



04/23/2024 and 03/19/2024

100 CROSS ST STE 202,
SAN LUIS OBISPO CA 93401
(805) 782-8282

## Important Messages

**Medical Information**
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**
If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

## Contact Experian

**Online**                    **Phone**              **Mail**

Visit Experian.com/dispute to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit Experian.com/help

**Monday - Friday**
9am to 5pm
(855) 414-6047

**Experian**
PO Box 9701
Allen, TX 75013

## Know Your Rights

### Fair Credit Reporting Act (FCRA)

*Para información en español, visite* **www.consumerfinance.gov/learnmore** *o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**A Summary of Your Rights Under the Fair Credit Reporting Act.**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;

- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit [www.consumerfinance.gov/learnmore](www.consumerfinance.gov/learnmore).

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **b.** Federal Trade Commission Consumer Response Center |

# EXHIBIT "B"

Prepared For

# TANOKA SIMS

**Personal & Confidential**

**Date Generated**  May 19, 2025

**Report Number**  1594-0108-72

## At a Glance

| 38 Accounts | 0 Public Records | 7 Hard Inquiries |

## Personal Information

| 3 Names | 1 Addresses | 0 Employers | 3 Other Records |

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

### Names

| TANOKA C SIMS | TANOKA SIMS | TANOKA CHIMERE SIMS |
| Name ID #20779 | Name ID #22018 | Name ID #30081 |

### Addresses

**367 CASCADE BEND DR
RUSKIN FL, 33570-6309**

Address ID #0863399178
Single family



## Year of Birth

## Phone Numbers

Cellular

Residential

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.



## ADS/COMENITY/VICTORIA

### Account Info

| | |
|---|---|
| Account Name | ADS/COMENITY/VICTORIA |
| Account Number | 539176XXXXXXXXXX |
| Account Type | Charge Card |
| Responsibility | Individual |
| Date Opened | 09/11/2015 |
| Status | Open/Never late. |
| Status Updated | Apr 2025 |
| Balance | $2 |
| Balance Updated | 04/15/2025 |
| Recent Payment | $100 as of 4/10/2025 |
| Monthly Payment | $2 |
| Credit Limit | $900 |
| Highest Balance | $945 |
| Terms | - |

### Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met

---

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Mar 2025 | $115 | $5 | $0 on 1/21/2025 |
| Feb 2025 | $76 | $37 | $75 on 1/21/2025 |
| Jan 2025 | $149 | $7 | $0 on 4/3/2024 |
| Dec 2024 | $116 | $30 | $0 on 4/3/2024 |
| Nov 2024 | $0 | $0 | $0 on 4/3/2024 |
| Oct 2024 | $0 | $0 | $0 on 4/3/2024 |
| Sep 2024 | $0 | $0 | $0 on 4/3/2024 |
| Aug 2024 | $0 | $0 | $0 on 4/3/2024 |
| Jul 2024 | $0 | $0 | $0 on 4/3/2024 |
| Jun 2024 | $0 | $0 | $0 on 4/3/2024 |
| May 2024 | $0 | $0 | $0 on 4/3/2024 |
| Apr 2024 | $0 | $0 | $2 on 4/3/2024 |
| Mar 2024 | $2 | $2 | $102 on 3/9/2024 |
| Feb 2024 | $117 | $7 | $0 on 1/10/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jan 2024** | $85 | $30 | $171 on 1/10/2024 |
| **Dec 2023** | $85 | $30 | $0 on 4/10/2023 |
| **Nov 2023** | $0 | $0 | $0 on 4/10/2023 |
| **Oct 2023** | $0 | $0 | $0 on 4/10/2023 |
| **Sep 2023** | $0 | $0 | $0 on 4/10/2023 |
| **Aug 2023** | $0 | $0 | $0 on 4/10/2023 |
| **Jul 2023** | $0 | $0 | $0 on 4/10/2023 |
| **Jun 2023** | $0 | $0 | $0 on 4/10/2023 |
| **May 2023** | $0 | $0 | $0 on 4/10/2023 |

### Additional info

Between May 2023 and Mar 2025, your credit limit/high balance was $900



### Contact Info

| | |
|------|------|
| Address | PO BOX 182789, COLUMBUS OH 43218 |

## ALLY FINANCIAL



### Account Info

| | |
|------|------|
| Account Name | **ALLY FINANCIAL** |
| Account Number | **227997XXXXXX** |
| Account Type | **Auto Loan** |
| Responsibility | **Individual** |
| Date Opened | **12/16/2020** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Feb 2021** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$38,416** |
| Highest Balance | **-** |

Terms                                           75 Months

On Record Until                                 Feb 2031

---

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | CLS | — | — | — | — | — | — | — | — | — | — |

✓  Current / Terms met    CLS  Closed

This account is scheduled to continue on record until Feb 2031.

---

✉ **Contact Info**

Address                         PO BOX 380901,
                                BLOOMINGTON MN 55438

Phone Number                    (888) 925-2559

---

## CAP1/KOHLS DEPT STORE

🪪 **Account Info**

| | |
|---|---|
| Account Name | CAP1/KOHLS DEPT STORE |
| Account Number | 639305XXXXXXXXXX |
| Account Type | Charge Card |
| Responsibility | Individual |
| Date Opened | 07/19/2018 |
| Status | Open/Never late. |
| Status Updated | Apr 2025 |
| Balance | $0 |
| Balance Updated | 04/30/2025 |
| Recent Payment | - |
| Monthly Payment | $0 |
| Credit Limit | $300 |
| Highest Balance | $221 |
| Terms | - |

---

💲 **Payment History**

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Feb 2025 | $77 | $29 | $0 on 2/14/2025 |
| Jan 2025 | $0 | $0 | $45 on 1/4/2025 |
| Dec 2024 | $60 | $29 | $0 on 11/2/2024 |
| Nov 2024 | $43 | $29 | $43 on 11/2/2024 |
| Oct 2024 | $86 | $29 | $0 on 2/23/2024 |
| Sep 2024 | $0 | $0 | $0 on 2/23/2024 |
| Aug 2024 | $0 | $0 | $0 on 2/23/2024 |
| Jul 2024 | $0 | $0 | $0 on 2/23/2024 |
| Jun 2024 | $0 | $0 | $0 on 2/23/2024 |
| May 2024 | $0 | $0 | $0 on 2/23/2024 |
| Apr 2024 | $0 | $0 | $0 on 2/23/2024 |
| Mar 2024 | $0 | $0 | $64 on 2/23/2024 |
| Feb 2024 | $93 | $30 | $0 on 1/10/2024 |
| Jan 2024 | $62 | $29 | $60 on 1/10/2024 |
| Dec 2023 | $120 | $29 | $0 on 10/7/2022 |
| Nov 2023 | $0 | $0 | $0 on 10/7/2022 |
| Oct 2023 | $0 | $0 | $0 on 10/7/2022 |
| Sep 2023 | $0 | $0 | $0 on 10/7/2022 |
| Aug 2023 | $0 | $0 | $0 on 10/7/2022 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jul 2023** | $0 | $0 | **$0 on 10/7/2022** |
| **Jun 2023** | $0 | $0 | **$0 on 10/7/2022** |
| **May 2023** | $0 | $0 | **$0 on 10/7/2022** |

### Additional info

Between May 2023 and Feb 2025, your credit limit/high balance was $300

---

 ### Contact Info

| | |
|---|---|
| Address | **PO BOX 31293,**<br>**SALT LAKE CITY UT 84131** |
| Phone Number | **(800) 955-7070** |

---

 ### Comment

#### Current:

**Account previously in dispute - investigation complete, reported by data furnisher**

#### Previous:

**None**

---

 ### Reinvestigation Info

**This item was updated from our processing of your dispute in Apr 2025.**

---

## CAPITAL ONE

 ### Account Info

| | |
|---|---|
| Account Name | **CAPITAL ONE** |
| Account Number | **552342XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **11/24/2017** |
| Status | **Open/Never late.** |
| Status Updated | **May 2025** |

| | |
|---|---|
| Balance | $1,746 |
| Balance Updated | 05/03/2025 |
| Recent Payment | - |
| Monthly Payment | $54 |
| Credit Limit | $3,900 |
| Highest Balance | $1,908 |
| Terms | - |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

✓   Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2025 | $1,648 | $0 | $0 on 4/18/2025 |
| Mar 2025 | $1,849 | $90 | $0 on 2/27/2025 |
| Feb 2025 | $1,578 | $49 | $0 on 1/27/2025 |
| Jan 2025 | $1,521 | $50 | $0 on 12/11/2024 |
| Dec 2024 | $1,629 | $90 | $0 on 10/30/2024 |
| Nov 2024 | $1,554 | $53 | $0 on 10/30/2024 |

### Additional info

Between Nov 2024 and Apr 2025, your credit limit/high balance was $3,900

##  Contact Info

| | |
|---|---|
| Address | PO BOX 31293,<br>SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |

 **Comment**

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

**Previous:**

Account previously in dispute - investigation complete, reported by data furnisher

Nov 2024 to Apr 2025

## CHERRY TECHNOLOGIES INC

 **Account Info**

| | |
|---|---|
| Account Name | CHERRY TECHNOLOGIES INC |
| Account Number | LBITBUXXXXXXX |
| Account Type | Sales Contract |
| Responsibility | Individual |
| Date Opened | 10/17/2022 |
| Status | Paid, Closed/Never late. |
| Status Updated | Nov 2023 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $4,100 |
| Highest Balance | - |
| Terms | 12 Months |
| On Record Until | Nov 2033 |

💲 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — |

✓ Current / Terms met    CLS  Closed

This account is scheduled to continue on record until Nov 2033.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Oct 2023 | $315 | $315 | $62 on 10/27/2023 |
| Sep 2023 | $377 | $315 | $0 on 7/25/2023 |
| Aug 2023 | $377 | $315 | $0 on 7/25/2023 |
| Jul 2023 | $377 | $315 | $315 on 7/25/2023 |
| Jun 2023 | $692 | $315 | $315 on 6/25/2023 |
| May 2023 | $1,008 | $315 | $600 on 5/22/2023 |

**Additional info**

The original amount of this account was $4,100

---

 **Contact Info**

Address                                    2 EMBARCADERO CTR FL 8,
                                           SAN FRANCISCO CA 94111

---

# CHERRY TECHNOLOGIES INC

 **Account Info**

| | |
|---|---|
| Account Name | CHERRY TECHNOLOGIES INC |
| Account Number | LHOF14XXXXX |
| Account Type | Sales Contract |
| Responsibility | Individual |
| Date Opened | 07/09/2022 |
| Status | Paid, Closed/Never late. |
| Status Updated | June 2023 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $802 |
| Highest Balance | - |
| Terms | 12 Months |
| On Record Until | Jun 2033 |



## Payment History

|      | J | F | M | A | M | J   | J | A | S | O | N | D |
|------|---|---|---|---|---|-----|---|---|---|---|---|---|
| 2023 | — | — | — | — | ✓ | CLS | — | — | — | — | — | — |

✓ Current / Terms met    CLS  Closed

This account is scheduled to continue on record until Jun 2033.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **May 2023** | **$115** | **$73** | **$73 on 5/9/2023** |

### Additional info

The original amount of this account was $802



## Contact Info

| | |
|---|---|
| Address | 2 EMBARCADERO CTR FL 8, SAN FRANCISCO CA 94111 |

# CREDIT FIRST NA/ FIRESTONE

**POTENTIALLY NEGATIVE**

## Account Info

| | |
|---|---|
| Account Name | CREDIT FIRST NA/ FIRESTONE |
| Account Number | 78125XXXX |
| Account Type | Charge Card |
| Responsibility | Individual |
| Date Opened | 03/31/2018 |
| Status | Open. |
| Status Updated | Jan 2020 |
| Balance | $1,422 |
| Balance Updated | 05/18/2025 |
| Recent Payment | $100 as of 5/14/2025 |
| Monthly Payment | $0 |
| Credit Limit | $2,000 |

Highest Balance                                        $2,107

Terms                                                  -

---

$  **Payment History**

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 |
| 2018 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ |

✓  Current / Terms met     30   Past due 30 days

**Payment history guide**

30 days past due as of Dec 2019,Jun 2019,Oct 2018

By Aug 2026, this account is scheduled to go to a positive status.

---

$  **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Apr 2025 | $1,447 | $0 | $150 on 4/10/2025 |
| Mar 2025 | $1,561 | $0 | $100 on 3/17/2025 |
| Feb 2025 | $1,583 | $0 | $114 on 2/13/2025 |
| Jan 2025 | $1,659 | $0 | $73 on 1/15/2025 |
| Dec 2024 | $1,652 | $0 | $150 on 12/13/2024 |
| Nov 2024 | $1,762 | $0 | $200 on 10/27/2024 |
| Nov 2024 | $1,951 | $0 | $0 on 9/18/2024 |
| Sep 2024 | $1,699 | $0 | $60 on 9/18/2024 |
| Aug 2024 | $1,711 | $0 | $100 on 8/13/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jul 2024 | $1,802 | $0 | $268 on 7/17/2024 |
| May 2024 | $1,902 | $0 | $205 on 5/13/2024 |
| May 2024 | $2,107 | $0 | $100 on 4/14/2024 |
| Apr 2024 | $915 | $0 | $155 on 3/10/2024 |
| Feb 2024 | $1,099 | $0 | $0 on 1/12/2024 |
| Jan 2024 | $1,070 | $0 | $50 on 1/12/2024 |
| Jan 2024 | $1,120 | $0 | $0 on 4/21/2023 |
| Nov 2023 | $0 | $0 | $0 on 4/21/2023 |
| Oct 2023 | $0 | $0 | $0 on 4/21/2023 |
| Sep 2023 | $0 | $0 | $0 on 4/21/2023 |
| Aug 2023 | $0 | $0 | $0 on 4/21/2023 |
| Jun 2023 | $0 | $0 | $0 on 4/21/2023 |
| May 2023 | $0 | $0 | $28 on 4/21/2023 |

### Additional info

Between Nov 2024 and Apr 2025, your credit limit/high balance was $2,000

Between Jul 2024 and Sep 2024, your credit limit/high balance was $2,100

Between Jan 2024 and May 2024, your credit limit/high balance was $2,600

Between May 2023 and Jan 2024, your credit limit/high balance was $2,400



### Contact Info

| | |
|---|---|
| Address | PO BOX 81083, CLEVELAND OH 44181 |
| Phone Number | (216) 362-3479 |



### Comment

### Current:

Account previously in dispute - investigation complete, reported by data furnisher

### Previous:

Account previously in dispute - investigation complete, reported
by data furnisher

Nov 2024 to Apr 2025, Jul 2024 to Sep 2024, Apr 2024 to May 2024, Jan 2024 to Feb 2024,
Aug 2023 to Nov 2023, Nov 2022 to Jun 2023, Aug 2022 to Sep 2022, Jun 2022

Affected by natural or declared disaster.

Nov 2022

---

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Apr
2025.

---

## CREDIT KARMA CB/CRB

 **Account Info**

| | |
|---|---|
| Account Name | CREDIT KARMA CB/CRB |
| Account Number | 4MVXXXX |
| Account Type | Secured LOC |
| Responsibility | Individual |
| Date Opened | 09/27/2024 |
| Status | Open/Never late. |
| Status Updated | Apr 2025 |
| Balance | $0 |
| Balance Updated | 04/27/2025 |
| Recent Payment | $20 as of 4/18/2025 |
| Monthly Payment | $0 |
| Credit Limit | $1,000 |
| Highest Balance | $20 |
| Terms | - |

**$** **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |
| 2024 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| **Mar 2025** | **$0** | **$0** | **$20 on 3/18/2025** |
| **Feb 2025** | **$0** | **$0** | **$20 on 2/18/2025** |
| **Jan 2025** | **$0** | **$0** | **$20 on 1/18/2025** |
| **Dec 2024** | **$0** | **$0** | **$20 on 12/18/2024** |
| **Nov 2024** | **$0** | **$0** | **$20 on 11/18/2024** |
| **Oct 2024** | **$0** | **$0** | **$20 on 10/18/2024** |
| **Sep 2024** | **$0** | **$0** | **$0** |

**Additional info**

Between Sep 2024 and Mar 2025, your credit limit/high balance was $1,000

 **Contact Info**

Address                                    1100 BROADWAY,
                                           OAKLAND CA 94607

# DEPT OF ED/AIDVANTAGE

 **Account Info**

| | |
| --- | --- |
| Account Name | **DEPT OF ED/AIDVANTAGE** |
| Account Number | **928463XXXXXXXXXXXXXXXXXXXXXXX** |
| Account Type | **Education** |
| Responsibility | **Individual** |
| Date Opened | **10/08/2013** |
| Status | **Open/Never late. Deferred, payments begin Nov 2033.** |
| Status Updated | **Apr 2025** |
| Balance | **$27,224** |
| Balance Updated | **04/30/2025** |
| Recent Payment | **-** |
| Monthly Payment | **$0** |
| Original Balance | **$22,006** |
| Highest Balance | **-** |
| Terms | **300 Months** |

## $ Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ND | ND | ND | ✓ | — | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2018 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    ND No data for this period

## $ Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Mar 2025 | $27,159 | $0 | $0 on 12/20/2024 |
| Feb 2025 | $27,093 | $0 | $0 on 12/20/2024 |
| Jan 2025 | $27,034 | $0 | $0 on 12/20/2024 |
| Dec 2024 | $26,967 | $0 | $0 on 12/20/2024 |
| Nov 2024 | $26,901 | $0 | $0 on 11/20/2024 |
| Oct 2024 | $26,836 | $0 | $0 on 10/20/2024 |
| Sep 2024 | $26,770 | $0 | $0 on 9/20/2024 |
| Aug 2024 | $26,706 | $0 | $0 on 8/20/2024 |
| Jul 2024 | $26,640 | $0 | $0 on 7/20/2024 |
| Jun 2024 | $26,573 | $0 | $0 on 6/20/2024 |
| May 2024 | $26,509 | $0 | $0 on 5/20/2024 |
| Apr 2024 | $26,443 | $0 | $0 on 4/20/2024 |
| Mar 2024 | $26,379 | $0 | $0 on 3/20/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Feb 2024 | $26,313 | $0 | $0 on 2/20/2024 |
| Jan 2024 | $26,250 | $0 | $0 on 1/20/2024 |
| Dec 2023 | $26,184 | $0 | $0 on 12/20/2023 |
| Nov 2023 | $26,117 | $0 | $0 on 11/20/2023 |
| Oct 2023 | $26,053 | $0 | $0 on 10/20/2023 |
| Sep 2023 | $25,987 | $0 | $0 on 9/20/2023 |
| Aug 2023 | $25,923 | $0 | $0 on 8/20/2023 |
| Jul 2023 | $25,923 | $0 | $0 on 7/20/2023 |
| Jun 2023 | $25,923 | $0 | $0 on 6/20/2023 |
| May 2023 | $25,923 | $0 | $0 on 5/20/2023 |

### Additional info

The original amount of this account was $22,006

---

 **Contact Info**

| Address | PO BOX 300001, GREENVILLE TX 75403 |
|---------|-------------------------------------|
| Phone Number | (800) 722-1300 |

---

 **Comment**

**Current:**

None

**Previous:**

**Payment Deferred.**

Jan 2025 to Mar 2025

---

## EAGLE HOME MORTGAGE, LLC

 **Account Info**

| Account Name | EAGLE HOME MORTGAGE, LLC |
|---|---|
| Account Number | 221XXXX |
| Account Type | FHA Mortgage |
| Responsibility | Individual |
| Date Opened | 04/14/2017 |
| Status | Closed/Never late. |
| Status Updated | May 2017 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $179,080 |
| Highest Balance | - |
| Terms | 30 Years |
| On Record Until | May 2027 |

## Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | — | — | — | — | CLS | — | — | — | — | — | — | — |

CLS   Closed

This account is scheduled to continue on record until May 2027.

## Contact Info

| Address | 15550 LIGHTWAVE DR STE 200, CLEARWATER FL 33760 |
|---|---|
| Phone Number | (727) 791-2111 |

## Comment

**Current:**

Purchased by another lender.

**Previous:**

None

## JPMCB CARD

 ### Account Info

| | |
|---|---|
| Account Name | **JPMCB CARD** |
| Account Number | **426684XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **06/09/2022** |
| Status | **Open/Never late.** |
| Status Updated | **May 2025** |
| Balance | **$1,283** |
| Balance Updated | **05/08/2025** |
| Recent Payment | **-** |
| Monthly Payment | **$40** |
| Credit Limit | **$2,000** |
| Highest Balance | **$2,010** |
| Terms | **-** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met

 ### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2025 | $1,083 | $40 | $0 on 3/21/2025 |
| Mar 2025 | $1,052 | $40 | $0 on 2/21/2025 |
| Feb 2025 | $1,016 | $40 | $0 on 1/27/2025 |
| Jan 2025 | $995 | $40 | $0 on 12/16/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Dec 2024 | $1,072 | $40 | $0 on 11/11/2024 |
| Nov 2024 | $1,105 | $75 | $0 on 9/18/2024 |
| Oct 2024 | $1,040 | $40 | $0 on 9/18/2024 |
| Sep 2024 | $2,010 | $66 | $0 on 8/9/2024 |
| Aug 2024 | $1,951 | $66 | $0 on 7/25/2024 |
| Jul 2024 | $2,003 | $65 | $0 on 6/27/2024 |
| Jun 2024 | $1,900 | $66 | $0 on 6/5/2024 |
| May 2024 | $1,952 | $97 | $0 on 5/7/2024 |
| Apr 2024 | $1,275 | $46 | $0 on 4/5/2024 |
| Mar 2024 | $1,379 | $40 | $0 on 3/7/2024 |
| Feb 2024 | $925 | $40 | $0 on 2/6/2024 |
| Jan 2024 | $997 | $67 | $0 on 12/4/2023 |
| Dec 2023 | $622 | $40 | $0 on 12/4/2023 |
| Nov 2023 | $448 | $56 | $0 on 11/6/2023 |
| Oct 2023 | $496 | $40 | $0 on 10/5/2023 |
| Sep 2023 | $550 | $47 | $0 on 9/6/2023 |
| Aug 2023 | $275 | $40 | $0 on 8/5/2023 |
| Jul 2023 | $69 | $40 | $0 on 6/2/2023 |
| Jun 2023 | $0 | $0 | $0 on 6/2/2023 |
| May 2023 | $57 | $40 | $0 on 5/3/2023 |

### Additional info

Between May 2023 and Apr 2025, your credit limit/high balance was $2,000

---

 **Contact Info**

| | |
|------|------|
| Address | PO BOX 15369, WILMINGTON DE 19850 |
| Phone Number | (800) 945-2000 |

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Aug 2024.

## JPMCB CARD
**POTENTIALLY NEGATIVE**

 **Account Info**

| | |
|---|---|
| Account Name | JPMCB CARD |
| Account Number | 414740XXXXXXXXXX |
| Account Type | Credit Card |
| Responsibility | Individual |
| Date Opened | 07/28/2017 |
| Status | Open. |
| Status Updated | Aug 2019 |
| Balance | $404 |
| Balance Updated | 04/27/2025 |
| Recent Payment | - |
| Monthly Payment | $90 |
| Credit Limit | $500 |
| Highest Balance | $582 |
| Terms | - |

**Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    30 Past due 30 days

**Payment history guide**

30 days past due as of Jul 2019

By Mar 2026, this account is scheduled to go to a positive status.

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| Mar 2025 | $356 | $113 | $0 on 3/18/2025 |
| Feb 2025 | $260 | $93 | $0 on 2/13/2025 |
| Jan 2025 | $296 | $93 | $0 on 1/27/2025 |
| Dec 2024 | $390 | $93 | $0 on 12/15/2024 |
| Nov 2024 | $141 | $41 | $0 on 11/11/2024 |
| Oct 2024 | $106 | $35 | $0 on 9/20/2024 |
| Sep 2024 | $16 | $16 | $0 on 9/20/2024 |
| Aug 2024 | $234 | $49 | $0 on 8/25/2024 |
| Jul 2024 | $297 | $59 | $0 on 7/26/2024 |
| Jun 2024 | $378 | $59 | $0 on 6/26/2024 |
| May 2024 | $407 | $59 | $0 on 5/17/2024 |
| Apr 2024 | $327 | $46 | $0 on 4/19/2024 |
| Mar 2024 | $190 | $46 | $0 on 3/25/2024 |
| Feb 2024 | $188 | $46 | $0 on 2/24/2024 |
| Jan 2024 | $344 | $47 | $0 on 12/22/2023 |
| Dec 2023 | $268 | $46 | $0 on 12/22/2023 |
| Nov 2023 | $232 | $52 | $0 on 11/17/2023 |
| Oct 2023 | $237 | $35 | $0 on 10/20/2023 |
| Sep 2023 | $348 | $38 | $0 on 9/25/2023 |
| Aug 2023 | $238 | $35 | $0 on 8/23/2023 |
| Jul 2023 | $275 | $35 | $0 on 7/21/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jun 2023** | **$188** | **$35** | **$0 on 6/16/2023** |
| **May 2023** | **$231** | **$52** | **$0 on 5/19/2023** |

### Additional info

Between May 2023 and Mar 2025, your credit limit/high balance was $500

---

 ### Contact Info

| | |
|---|---|
| Address | PO BOX 15369, WILMINGTON DE 19850 |
| Phone Number | (800) 945-2000 |

---

### Reinvestigation Info

**This item was updated from our processing of your dispute in Apr 2025.**

---

## NAVY FEDERAL CR UNION

 ### Account Info

| | |
|---|---|
| Account Name | **NAVY FEDERAL CR UNION** |
| Account Number | **430015XXXXXXXX** |
| Account Type | **Auto Loan** |
| Responsibility | **Individual** |
| Date Opened | **03/25/2022** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Aug 2024** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$14,680** |
| Highest Balance | **-** |
| Terms | **63 Months** |

---

### Payment History

|      | J | F | M | A | M | J | J | A   | S | O | N | D |
|------|---|---|---|---|---|---|---|-----|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓   | ✓ | ✓ | ✓ | ✓ |
| 2022 | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓   | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met    CLS  Closed

---

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jul 2024 | $9,372 | $270 | $16 |
| Jun 2024 | $9,328 | $270 | $0 |
| May 2024 | $9,298 | $270 | $271 |
| Apr 2024 | $9,537 | $270 | $270 |
| Mar 2024 | $9,776 | $270 | $264 |
| Feb 2024 | $10,008 | $270 | $276 |
| Jan 2024 | $10,252 | $270 | $270 |
| Dec 2023 | $10,488 | $270 | $270 |
| Nov 2023 | $10,723 | $270 | $270 |
| Oct 2023 | $10,959 | $270 | $270 |
| Sep 2023 | $11,192 | $270 | $270 |
| Aug 2023 | $11,426 | $270 | $270 |
| Jul 2023 | $11,658 | $270 | $270 |
| Jun 2023 | $11,889 | $270 | $0 |
| May 2023 | $11,850 | $270 | $270 |

#### Additional info

The original amount of this account was $14,680

---

 ### Contact Info

Address                         PO BOX 3700,
                                MERRIFIELD VA 22119

(888) 842-6328

Phone Number



## Comment

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

None



## Reinvestigation Info

This item was updated from our processing of your dispute in Nov 2024.

# SANTANDER BANK
## POTENTIALLY NEGATIVE



## Account Info

| | |
|---|---|
| Account Name | SANTANDER BANK |
| Account Number | 300002XXXXXXXXXXX |
| Account Type | Auto Loan |
| Responsibility | Joint |
| Date Opened | 07/26/2024 |
| Status | Open. $817 past due as of Apr 2025. |
| Status Updated | Apr 2025 |
| Balance | $18,754 |
| Balance Updated | 04/30/2025 |
| Recent Payment | $60 as of 4/10/2025 |
| Monthly Payment | $441 |
| Original Balance | $17,187 |
| Highest Balance | - |
| Terms | 75 Months |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | 30 | 30 | 60 | — | — | — | — | — | — | — | — |

| 2024 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met    30  Past due 30 days

60  Past due 60 days

**Payment history guide**

60 days past due as of Apr 2025

30 days past due as of Mar 2025,Feb 2025

By Oct 2031, this account is scheduled to go to a positive status.

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Feb 2025** | **$18,645** | **$441** | **$0 on 1/12/2025** |
| **Jan 2025** | **$18,348** | **$441** | **$222 on 1/12/2025** |
| **Dec 2024** | **$18,219** | **$441** | **$220 on 12/30/2024** |
| **Nov 2024** | **$18,100** | **$441** | **$0 on 9/20/2024** |
| **Oct 2024** | **$17,782** | **$441** | **$0 on 9/20/2024** |
| **Sep 2024** | **$17,454** | **$441** | **$441 on 9/20/2024** |
| **Aug 2024** | **$17,578** | **$441** | **$0** |

**Additional info**

The original amount of this account was $17,187

---

 **Contact Info**

| Address | PO BOX 961211, FORT WORTH TX 76161 |
|---------|-------------------------------------|
| Phone Number | (888) 222-4227 |

---

 **Comment**

**Current:**

None

**Previous:**

Affected by natural or declared disaster.

Sep 2024



### Reinvestigation Info

This item was updated from our processing of your dispute in Apr 2025.

## SANTANDER CONSUMER USA

**POTENTIALLY NEGATIVE**



### Account Info

| | |
|---|---|
| Account Name | SANTANDER CONSUMER USA |
| Account Number | 300002XXXXXXXXXXX |
| Account Type | Auto Loan |
| Responsibility | Joint |
| Date Opened | 12/12/2020 |
| Status | Paid, Closed. |
| Status Updated | Sep 2022 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $29,478 |
| Highest Balance | - |
| Terms | 75 Months |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | 30 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | CLS | — | — | — |
| 2021 | ✔ | 30 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current / Terms met   30 Past due 30 days
CLS Closed

**Payment history guide**

30 days past due as of Jan 2022,Feb 2021



### Contact Info

| Address | PO BOX 961211, FORT WORTH TX 76161 |
|---|---|
| Phone Number | (888) 222-4227 |



### Reinvestigation Info

This item remained unchanged from our processing of your dispute in Apr 2025.

# SUNCOAST CREDIT UNION



### Account Info

| Account Name | SUNCOAST CREDIT UNION |
|---|---|
| Account Number | 482057XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 10/08/2002 |
| Status | Credit card reported lost or stolen, closed. |
| Status Updated | Sep 2023 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $9,600 |
| Highest Balance | $715 |
| Terms | - |

### Payment History

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met     CLS   Closed

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Aug 2023 | $6,303 | $124 | $125 on 8/1/2023 |
| Aug 2023 | $5,981 | $122 | $132 on 8/1/2023 |
| Jun 2023 | $5,639 | $114 | $90 on 5/16/2023 |
| May 2023 | $5,318 | $108 | $1,000 on 5/1/2023 |

**Additional info**

Between May 2023 and Aug 2023, your credit limit/high balance was $9,600

---

 **Contact Info**

| | |
|------|------|
| Address | PO BOX 11904,<br>TAMPA FL 33680 |
| Phone Number | (813) 621-7511 |

---

 **Comment**

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

Credit card lost or stolen.

**Previous:**

None

---

 **Reinvestigation Info**

This item was updated from our processing of your dispute in
May 2025.

---

# SUNCOAST CREDIT UNION

 **Account Info**

| | |
|------|------|
| Account Name | SUNCOAST CREDIT UNION |
| Account Number | 310250XXXXX |
| Account Type | Auto Loan |
| Responsibility | Individual |

| | |
|---|---|
| Date Opened | 11/30/2013 |
| Status | Paid, Closed/Never late. |
| Status Updated | Feb 2017 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $34,676 |
| Highest Balance | - |
| Terms | 76 Months |
| On Record Until | Feb 2027 |

---

$ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | ✔ | CLS | — | — | — | — | — | — | — | — | — | — |
| 2016 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2015 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2014 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔   Current / Terms met     CLS   Closed

This account is scheduled to continue on record until Feb 2027.

---

✉ **Contact Info**

| | |
|---|---|
| Address | PO BOX 11904, TAMPA FL 33680 |

---

📝 **Comment**

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

None

---

📝 **Reinvestigation Info**

This item remained unchanged from our processing of your dispute in Aug 2024.

## SUNCOAST CREDIT UNION

 **Account Info**

| | |
|---|---|
| Account Name | SUNCOAST CREDIT UNION |
| Account Number | 310250XXXXX |
| Account Type | Auto Loan |
| Responsibility | Individual |
| Date Opened | 07/28/2017 |
| Status | Paid, Closed/Never late. |
| Status Updated | Dec 2020 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $19,382 |
| Highest Balance | - |
| Terms | 51 Months |
| On Record Until | Dec 2030 |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met   CLS   Closed

This account is scheduled to continue on record until Dec 2030.

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 11904, TAMPA FL 33680 |

**Comment**

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

None

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Aug 2024.

# SUNCOAST CREDIT UNION

 **Account Info**

| | |
|---|---|
| Account Name | SUNCOAST CREDIT UNION |
| Account Number | 310250XXXXX |
| Account Type | Unsecured |
| Responsibility | Individual |
| Date Opened | 06/29/2018 |
| Status | Paid, Closed/Never late. |
| Status Updated | Oct 2022 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $4,014 |
| Highest Balance | - |
| Terms | 65 Months |
| On Record Until | Oct 2032 |

$ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| 2018 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met     CLS   Closed

This account is scheduled to continue on record until Oct 2032.

---

 **Contact Info**

Address

PO BOX 11904,
TAMPA FL 33680

---

 **Comment**

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

None

---

**Reinvestigation Info**

This item remained unchanged from our processing of your dispute in Aug 2024.

---

## SUNCOAST CREDIT UNION

**Account Info**

| | |
|---|---|
| Account Name | SUNCOAST CREDIT UNION |
| Account Number | 310250XXXXX |
| Account Type | Auto Loan |
| Responsibility | Individual |
| Date Opened | 02/16/2021 |
| Status | Open/Never late. |
| Status Updated | Apr 2025 |
| Balance | $17,413 |
| Balance Updated | 04/30/2025 |
| Recent Payment | $585 as of 4/18/2025 |
| Monthly Payment | $585 |
| Original Balance | $39,099 |
| Highest Balance | - |

Terms

## $ Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met

## 🧾 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Mar 2025 | $17,967 | $585 | $585 on 3/21/2025 |
| Feb 2025 | $18,522 | $585 | $585 on 2/22/2025 |
| Jan 2025 | $19,046 | $585 | $0 on 12/31/2024 |
| Dec 2024 | $19,046 | $585 | $1,215 on 12/31/2024 |
| Nov 2024 | $20,220 | $585 | $585 on 11/28/2024 |
| Oct 2024 | $20,759 | $585 | $585 on 10/22/2024 |
| Sep 2024 | $21,302 | $585 | $585 on 9/20/2024 |
| Aug 2024 | $21,850 | $585 | $585 on 8/23/2024 |
| Jul 2024 | $22,295 | $585 | $0 on 5/15/2024 |
| Jun 2024 | $22,295 | $585 | $0 on 5/15/2024 |
| May 2024 | $22,295 | $585 | $37 on 5/15/2024 |
| Apr 2024 | $22,295 | $585 | $585 on 4/15/2024 |
| Mar 2024 | $22,837 | $585 | $585 on 3/15/2024 |
| Feb 2024 | $23,241 | $585 | $585 on 2/15/2024 |
| Jan 2024 | $23,781 | $585 | $585 on 1/15/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Dec 2023** | **$24,320** | **$585** | **$585 on 12/15/2023** |
| **Nov 2023** | **$24,863** | **$585** | **$585 on 11/17/2023** |
| **Oct 2023** | **$25,414** | **$585** | **$585 on 10/26/2023** |
| **Sep 2023** | **$25,941** | **$585** | **$585 on 9/19/2023** |
| **Aug 2023** | **$26,320** | **$585** | **$0 on 5/15/2023** |
| **Jul 2023** | **$26,320** | **$585** | **$0 on 5/15/2023** |
| **Jun 2023** | **$26,320** | **$585** | **$0 on 5/15/2023** |
| **May 2023** | **$26,320** | **$585** | **$585 on 5/15/2023** |

### Additional info

The original amount of this account was $39,099

---



### Contact Info

Address                                   **PO BOX 11904,**
                                          **TAMPA FL 33680**

---



### Comment

### Current:

Completed investigation of FCRA dispute - consumer disagrees.

### Previous:

Completed investigation of FCRA dispute - consumer disagrees.

Jul 2024 to Mar 2025

---



### Reinvestigation Info

This item was updated from our processing of your dispute in
Aug 2024.

---

## SUNCOAST CREDIT UNION



## Account Info

| | |
|---|---|
| Account Name | **SUNCOAST CREDIT UNION** |
| Account Number | **310250XXXXX** |
| Account Type | **Unsecured** |
| Responsibility | **Individual** |
| Date Opened | **10/07/2022** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Jan 2023** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$2,187** |
| Highest Balance | **-** |
| Terms | **48 Months** |
| On Record Until | **Jan 2033** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CLS | — | — | — | — | — | — | — | — | — | — | — |
| 2022 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓  Current / Terms met    CLS   Closed

This account is scheduled to continue on record until Jan 2033.



## Contact Info

| | |
|---|---|
| Address | **PO BOX 11904,**<br>**TAMPA FL 33680** |

## Comment

### Current:

**Completed investigation of FCRA dispute - consumer disagrees.**

### Previous:

**None**



### Reinvestigation Info

**This item was updated from our processing of your dispute in Aug 2024.**

## SUNCOAST CREDIT UNION



### Account Info

| | |
|---|---|
| Account Name | **SUNCOAST CREDIT UNION** |
| Account Number | **310250XXXXX** |
| Account Type | **Unsecured** |
| Responsibility | **Individual** |
| Date Opened | **11/30/2023** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Dec 2023** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$5,014** |
| Highest Balance | **-** |
| Terms | **60 Months** |
| On Record Until | **Dec 2033** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | — | — | — | — | — | — | — | ✔ | CLS |

✔ Current / Terms met    CLS Closed

This account is scheduled to continue on record until Dec 2033.

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Nov 2023** | **$5,014** | **$118** | **$0** |

### Additional info

The original amount of this account was $5,014



### Contact Info

Address                              PO BOX 11904,
                                     TAMPA FL 33680



### Comment

**Current:**

**Completed investigation of FCRA dispute - consumer disagrees.**

**Previous:**

**None**



### Reinvestigation Info

**This item remained unchanged from our processing of your dispute in Aug 2024.**

## SUNCOAST CREDIT UNION



### Account Info

| | |
|---|---|
| Account Name | **SUNCOAST CREDIT UNION** |
| Account Number | **310250XXXXX** |
| Account Type | **Unsecured** |
| Responsibility | **Individual** |
| Date Opened | **12/07/2023** |
| Status | **Open/Never late.** |
| Status Updated | **Apr 2025** |
| Balance | **$3,877** |
| Balance Updated | **04/30/2025** |
| Recent Payment | **-** |
| Monthly Payment | **$150** |
| Original Balance | **$6,505** |
| Highest Balance | **-** |
| Terms | **60 Months** |

### $ Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

✓ Current / Terms met

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Mar 2025 | $3,870 | $150 | $0 on 12/27/2024 |
| Feb 2025 | $3,863 | $150 | $0 on 12/27/2024 |
| Jan 2025 | $3,856 | $150 | $0 on 12/27/2024 |
| Dec 2024 | $3,850 | $150 | $1,000 on 12/27/2024 |
| Nov 2024 | $4,741 | $150 | $0 on 10/22/2024 |
| Oct 2024 | $4,741 | $150 | $1,150 on 10/22/2024 |
| Sep 2024 | $5,823 | $150 | $150 on 9/21/2024 |
| Aug 2024 | $5,906 | $150 | $150 on 8/22/2024 |
| Jul 2024 | $5,997 | $150 | $150 on 7/22/2024 |
| Jun 2024 | $6,068 | $150 | $150 on 6/22/2024 |
| May 2024 | $6,144 | $150 | $150 on 5/21/2024 |
| Apr 2024 | $6,224 | $150 | $150 on 4/21/2024 |
| Mar 2024 | $6,302 | $150 | $150 on 3/22/2024 |
| Feb 2024 | $6,384 | $150 | $150 on 2/23/2024 |
| Jan 2024 | $6,456 | $150 | $150 on 1/21/2024 |
| Dec 2023 | $6,505 | $150 | $0 |

### Additional info

The original amount of this account was $6,505



## Contact Info

Address                                    PO BOX 11904,
                                           TAMPA FL 33680



## Comment

### Current:

Completed investigation of FCRA dispute - consumer disagrees.

### Previous:

Completed investigation of FCRA dispute - consumer disagrees.

Jul 2024 to Mar 2025



## Reinvestigation Info

This item was updated from our processing of your dispute in
Aug 2024.

## SUNCOAST CREDIT UNION

**POTENTIALLY NEGATIVE**



## Account Info

| | |
|---|---|
| Account Name | SUNCOAST CREDIT UNION |
| Account Number | 482057XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 10/08/2002 |
| Status | Closed. |
| Status Updated | Feb 2025 |
| Balance | $9,070 |
| Balance Updated | 05/13/2025 |
| Recent Payment | $185 as of 5/2/2025 |
| Monthly Payment | $183 |
| Credit Limit | $9,600 |
| Highest Balance | $9,717 |
| Terms | - |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | **30** | CLS | CLS | CLS | CLS | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | **30** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | — | — | — | — | — | — | — | — | ✓ | **30** | ✓ | ✓ |

✓  Current / Terms met     **30**  Past due 30 days

CLS  Closed

**Payment history guide**

30 days past due as of Jan 2025, Apr 2024, Oct 2021

---

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2025 | $9,157 | $185 | $188 on 3/18/2025 |
| Mar 2025 | $9,247 | $187 | $250 on 3/7/2025 |
| Feb 2025 | $9,397 | $190 | $445 on 2/9/2025 |
| Jan 2025 | $9,717 | $195 | $100 on 12/15/2024 |
| Dec 2024 | $9,676 | $198 | $0 on 9/10/2024 |
| Nov 2024 | $9,469 | $193 | $0 on 9/10/2024 |
| Oct 2024 | $9,191 | $184 | $1,000 on 9/10/2024 |
| Aug 2024 | $9,439 | $191 | $189 on 8/9/2024 |
| Jul 2024 | $9,284 | $188 | $273 on 7/14/2024 |
| May 2024 | $9,148 | $186 | $398 on 4/19/2024 |
| May 2024 | $8,743 | $181 | $171 on 4/19/2024 |
| Feb 2024 | $8,632 | $174 | $0 on 12/29/2023 |
| Jan 2024 | $8,362 | $169 | $265 on 12/29/2023 |
| Nov 2023 | $6,577 | $120 | $145 on 11/6/2023 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Sep 2023** | **$5,824** | **$119** | **$0 on 8/1/2023** |

### Additional info

Between Sep 2023 and Apr 2025, your credit limit/high balance was $9,600

---



## Contact Info

| Address | PO BOX 11904, TAMPA FL 33680 |
|---|---|
| Phone Number | (813) 621-7511 |

---



## Comment

### Current:

Completed investigation of FCRA dispute - consumer disagrees.

Account closed at credit grantor's request.

### Previous:

Account closed at credit grantor's request.

Feb 2025 to Apr 2025

Completed investigation of FCRA dispute - consumer disagrees.

Oct 2024 to Apr 2025, Jul 2024 to Aug 2024, May 2024, Jan 2024 to Feb 2024, Nov 2023

---



## Reinvestigation Info

This item was updated from our processing of your dispute in Feb 2025.

---

## SUNCOAST CREDIT UNION

**POTENTIALLY NEGATIVE**

---



## Account Info

| Account Name | SUNCOAST CREDIT UNION |
|---|---|
| Account Number | 310250XXXXX |
| Account Type | Auto Loan |
| Responsibility | Individual |
| Date Opened | 09/09/2022 |

| | |
|---|---|
| Status | Open. $278 past due as of Apr 2025. |
| Status Updated | Apr 2025 |
| Balance | $293 |
| Balance Updated | 04/30/2025 |
| Recent Payment | - |
| Monthly Payment | $293 |
| Original Balance | $27,477 |
| Highest Balance | - |
| Terms | 60 Months |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 90 | 60 | 30 | 150 | — | — | — | — | — | — | — | — |
| 2024 | ✓ | 30 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | 150 | 120 |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| ND | No data for this period | | |

### Payment history guide

150 days past due as of Apr 2025,Nov 2024

30 days past due as of Mar 2025,Mar 2024,Feb 2024

60 days past due as of Feb 2025

90 days past due as of Jan 2025

120 days past due as of Dec 2024

By Jun 2031, this account is scheduled to go to a positive status.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Feb 2025 | $377 | $377 | $0 on 12/23/2024 |
| Dec 2024 | $356 | $356 | $65 on 12/23/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Nov 2024 | $400 | $400 | $0 on 9/3/2024 |
| Nov 2024 | $396 | $513 | $16,732 on 9/3/2024 |
| Sep 2024 | $4,598 | $513 | $16,732 on 9/3/2024 |
| Aug 2024 | $21,182 | $513 | $520 on 7/8/2024 |
| Jul 2024 | $21,182 | $513 | $520 on 7/8/2024 |
| Jun 2024 | $21,662 | $513 | $515 on 7/8/2024 |
| May 2024 | $22,067 | $513 | $0 on 4/27/2024 |
| May 2024 | $21,997 | $513 | $513 on 4/27/2024 |
| Mar 2024 | $22,911 | $513 | $513 on 3/23/2024 |
| Jan 2024 | $23,563 | $513 | $0 on 11/30/2023 |
| Dec 2023 | $23,448 | $513 | $0 on 11/30/2023 |
| Nov 2023 | $23,382 | $513 | $1,026 on 11/30/2023 |
| Oct 2023 | $24,269 | $513 | $513 on 10/23/2023 |
| Sep 2023 | $24,666 | $513 | $0 on 8/18/2023 |
| Aug 2023 | $24,557 | $513 | $513 on 8/18/2023 |
| Jul 2023 | $24,970 | $513 | $513 on 7/25/2023 |
| Jun 2023 | $25,358 | $513 | $513 on 6/14/2023 |
| May 2023 | $25,748 | $513 | $0 on 3/10/2023 |

### Additional info

The original amount of this account was $27,477

---



### Contact Info

Address                                             PO BOX 11904,
                                                    TAMPA FL 33680

---



### Comment

Current:

---

Completed investigation of FCRA dispute - consumer disagrees.

### Previous:

Completed investigation of FCRA dispute - consumer disagrees.

Feb 2025, Nov 2024 to Dec 2024, May 2024 to Sep 2024, Mar 2024



### Reinvestigation Info

This item was updated from our processing of your dispute in Apr 2025.

## SYNCB/AMERICAN SIGNATURE



### Account Info

| | |
|---|---|
| Account Name | SYNCB/AMERICAN SIGNATURE |
| Account Number | 601919XXXXXXXXXX |
| Account Type | Charge Card |
| Responsibility | Individual |
| Date Opened | 04/16/2017 |
| Status | Paid, Closed/Never late. |
| Status Updated | May 2018 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $1,200 |
| Highest Balance | $0 |
| Terms | - |
| On Record Until | May 2028 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — | — | — | — |
| 2017 | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met     CLS   Closed

This account is scheduled to continue on record until May 2028.

## Contact Info

| | |
|---|---|
| Address | PO BOX 71757,<br>PHILADELPHIA PA 19176 |
| Phone Number | (866) 396-8254 |

## Comment

**Current:**

Closed due to inactivity

**Previous:**

None

# SYNCB/CAR CARE SYN CAR C



## Account Info

| | |
|---|---|
| Account Name | SYNCB/CAR CARE SYN CAR C |
| Account Number | 650159XXXXXXXXXX |
| Account Type | Charge Card |
| Responsibility | Individual |
| Date Opened | 06/09/2017 |
| Status | Paid, Closed/Never late. |
| Status Updated | Aug 2020 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $500 |
| Highest Balance | $524 |
| Terms | - |
| On Record Until | Aug 2030 |

## Payment History

|      | J | F | M | A | M   | M   | J   | A   | S | O | N | D |
|------|---|---|---|---|-----|-----|-----|-----|---|---|---|---|
| 2020 | ✓ | ✓ | ✓ | ✓ | CLS | CLS | CLS | CLS | — | — | — | — |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓   | ✓   | ✓   | ✓   | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓   | ✓   | ✓   | ✓   | ✓ | ✓ | ✓ | ✓ |
| 2017 | — | — | — | — | —   | ✓   | ✓   | ✓   | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met      CLS   Closed

This account is scheduled to continue on record until Aug 2030.

---

✉ **Contact Info**

Address                      PO BOX 71757,
                             PHILADELPHIA PA 19176

Phone Number                 (866) 657-0376

---

📝 **Comment**

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

---

## SYNCB/PANDORA

📇 **Account Info**

| | |
|---|---|
| Account Name | SYNCB/PANDORA |
| Account Number | 504662XXXXXXXXXX |
| Account Type | Charge Card |
| Responsibility | Individual |
| Date Opened | 07/29/2022 |
| Status | Paid, Closed/Never late. |
| Status Updated | Mar 2024 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $3,000 |

| | |
|---|---|
| Highest Balance | $323 |
| Terms | - |
| On Record Until | Mar 2034 |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | CLS | — | — | — | — | — | — | — | — | — |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS Closed

This account is scheduled to continue on record until Mar 2034.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Feb 2024 | $0 | $0 | $0 on 1/31/2023 |
| Jan 2024 | $0 | $0 | $0 on 1/31/2023 |
| Dec 2023 | $0 | $0 | $0 on 1/31/2023 |
| Nov 2023 | $0 | $0 | $0 on 1/31/2023 |
| Oct 2023 | $0 | $0 | $0 on 1/31/2023 |
| Sep 2023 | $0 | $0 | $0 on 1/31/2023 |
| Aug 2023 | $0 | $0 | $0 on 1/31/2023 |
| Jul 2023 | $0 | $0 | $0 on 1/31/2023 |
| Jun 2023 | $0 | $0 | $0 on 1/31/2023 |
| May 2023 | $0 | $0 | $0 on 1/31/2023 |

**Additional info**

Between May 2023 and Feb 2024, your credit limit/high balance was $3,000

✉ **Contact Info**

| Address | PO BOX 71757,<br>PHILADELPHIA PA 19176 |
| --- | --- |
| Phone Number | (866) 396-8254 |

 **Comment**

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

## SYNCB/PPC

 **Account Info**

| Account Name | SYNCB/PPC |
| --- | --- |
| Account Number | 604419XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 09/19/2019 |
| Status | Open/Never late. |
| Status Updated | May 2025 |
| Balance | $734 |
| Balance Updated | 05/12/2025 |
| Recent Payment | $100 as of 5/4/2025 |
| Monthly Payment | $30 |
| Credit Limit | $1,340 |
| Highest Balance | $2,377 |
| Terms | - |

$ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met

### 📰 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| Apr 2025 | $803 | $30 | $100 on 4/4/2025 |
| Mar 2025 | $870 | $30 | $100 on 3/4/2025 |
| Feb 2025 | $934 | $30 | $100 on 2/4/2025 |
| Jan 2025 | $998 | $34 | $100 on 1/3/2025 |
| Dec 2024 | $1,056 | $36 | $100 on 12/4/2024 |
| Nov 2024 | $1,112 | $39 | $100 on 11/4/2024 |
| Oct 2024 | $1,166 | $39 | $100 on 10/4/2024 |
| Sep 2024 | $1,201 | $38 | $100 on 9/4/2024 |
| Aug 2024 | $1,240 | $32 | $100 on 8/4/2024 |
| Jul 2024 | $1,215 | $45 | $0 on 7/4/2024 |
| Jun 2024 | $1,162 | $30 | $129 on 5/31/2024 |
| May 2024 | $1,291 | $30 | $100 on 4/14/2024 |
| Apr 2024 | $1,300 | $30 | $100 on 4/4/2024 |
| Mar 2024 | $1,376 | $30 | $100 on 3/4/2024 |
| Feb 2024 | $1,524 | $30 | $100 on 2/4/2024 |
| Jan 2024 | $614 | $30 | $100 on 1/4/2024 |
| Dec 2023 | $608 | $30 | $75 on 12/4/2023 |
| Nov 2023 | $208 | $30 | $211 on 11/3/2023 |
| Oct 2023 | $419 | $30 | $211 on 10/4/2023 |
| Sep 2023 | $512 | $30 | $211 on 9/4/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Aug 2023** | $559 | $30 | $211 on 8/4/2023 |
| **Jul 2023** | $709 | $30 | $211 on 7/4/2023 |
| **Jun 2023** | $811 | $30 | $211 on 6/4/2023 |
| **May 2023** | $994 | $30 | $211 on 5/4/2023 |

### Additional info

Between Apr 2024 and Apr 2025, your credit limit/high balance was $1,340

Between May 2023 and Mar 2024, your credit limit/high balance was $2,700

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 530975, ORLANDO FL 32896 |
| Phone Number | (844) 373-4961 |

## SYNCB/SAMS CLUB DC

 **Account Info**

| | |
|---|---|
| Account Name | SYNCB/SAMS CLUB DC |
| Account Number | 521333XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 11/16/2022 |
| Status | Open/Never late. |
| Status Updated | Apr 2025 |
| Balance | $1,894 |
| Balance Updated | 04/21/2025 |
| Recent Payment | $100 as of 4/11/2025 |
| Monthly Payment | $64 |
| Credit Limit | $2,010 |
| Highest Balance | $2,484 |
| Terms | - |

$ **Payment History**

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

✓   Current / Terms met

---

  **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Mar 2025 | $1,879 | $64 | $100 on 3/14/2025 |
| Feb 2025 | $1,935 | $62 | $100 on 2/14/2025 |
| Jan 2025 | $1,949 | $70 | $222 on 1/15/2025 |
| Dec 2024 | $2,122 | $74 | $100 on 12/11/2024 |
| Nov 2024 | $2,169 | $73 | $100 on 11/14/2024 |
| Oct 2024 | $2,141 | $76 | $70 on 10/15/2024 |
| Sep 2024 | $2,106 | $70 | $194 on 8/26/2024 |
| Aug 2024 | $2,252 | $117 | $0 on 7/14/2024 |
| Jul 2024 | $2,158 | $77 | $237 on 7/14/2024 |
| Jun 2024 | $2,340 | $118 | $0 on 5/22/2024 |
| May 2024 | $2,246 | $119 | $100 on 5/22/2024 |
| Apr 2024 | $2,250 | $78 | $100 on 4/14/2024 |
| Mar 2024 | $2,296 | $79 | $204 on 2/25/2024 |
| Feb 2024 | $2,484 | $121 | $0 on 1/14/2024 |
| Jan 2024 | $2,388 | $83 | $85 on 1/14/2024 |
| Dec 2023 | $2,365 | $82 | $280 on 12/14/2023 |
| Nov 2023 | $2,415 | $116 | $0 on 10/6/2023 |
| Oct 2023 | $1,868 | $64 | $100 on 10/6/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Sep 2023** | **$1,705** | **$56** | **$100 on 9/7/2023** |
| **Aug 2023** | **$1,622** | **$53** | **$127 on 7/26/2023** |
| **Jul 2023** | **$1,428** | **$86** | **$0 on 6/14/2023** |
| **Jun 2023** | **$1,226** | **$41** | **$100 on 6/14/2023** |
| **May 2023** | **$1,129** | **$39** | **$100 on 5/12/2023** |

### Additional info

Between Jan 2025 and Mar 2025, your credit limit/high balance was $2,010

Between May 2024 and Dec 2024, your credit limit/high balance was $2,320

Between Nov 2023 and Apr 2024, your credit limit/high balance was $2,490

Between May 2023 and Oct 2023, your credit limit/high balance was $5,500

---



### Contact Info

| | |
|------|------|
| Address | PO BOX 965005, ORLANDO FL 32896 |
| Phone Number | (866) 220-0254 |

---

## SYNCB/WALMART



### Account Info

| | |
|------|------|
| Account Name | **SYNCB/WALMART** |
| Account Number | **603220XXXXXXXXXX** |
| Account Type | **Charge Card** |
| Responsibility | **Individual** |
| Date Opened | **11/24/2017** |
| Status | **Closed/Never late.** |
| Status Updated | **Oct 2019** |
| Balance | **$0** |
| Balance Updated | **10/11/2019** |
| Recent Payment | **-** |
| Monthly Payment | **$0** |
| Credit Limit | **$900** |
| Highest Balance | **$950** |
| Terms | **-** |

On Record Until    Oct 2029

---

## 💲 Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

✓  Current / Terms met    CLS  Closed

This account is scheduled to continue on record until Oct 2029.

---

## 📑 Historical Info

Company Sold          CAPITAL ONE

---

## ✉ Contact Info

Address               PO BOX 965024,
                      ORLANDO FL 32896

Phone Number          (855) 893-5848

---

## 📑 Comment

### Current:

Account previously in dispute - investigation complete, reported
by data furnisher

Purchased by another lender.

### Previous:

None

---

## 📑 Reinvestigation Info

This item was updated from our processing of your dispute in
Aug 2024.

---

## TD AUTO FINANCE



## Account Info

| | |
|---|---|
| Account Name | TD AUTO FINANCE |
| Account Number | 110356XXXX |
| Account Type | Auto Loan |
| Responsibility | Individual |
| Date Opened | 12/16/2020 |
| Status | Paid, Closed/Never late. |
| Status Updated | Apr 2022 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $16,692 |
| Highest Balance | - |
| Terms | 74 Months |
| On Record Until | Apr 2032 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | CLS | — | — | — | — | — | — | — | — |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

✓  Current / Terms met    CLS  Closed

This account is scheduled to continue on record until Apr 2032.

## Contact Info

| | |
|---|---|
| Address | PO BOX 9223,<br>FARMINGTON HILLS MI 48333 |
| Phone Number | (800) 556-8172 |

## UPLIFT/CBW BANK

### Account Info

| | |
|---|---|
| Account Name | UPLIFT/CBW BANK |



| | |
|---|---|
| Account Number | 8169XXXX |
| Account Type | Unsecured |
| Responsibility | Individual |
| Date Opened | 04/17/2023 |
| Status | Paid, Closed/Never late. |
| Status Updated | Mar 2024 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $3,850 |
| Highest Balance | - |
| Terms | 11 Months |
| On Record Until | Mar 2034 |

$ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | CLS | — | — | — | — | — | — | — | — | — |
| 2023 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met     CLS   Closed

This account is scheduled to continue on record until Mar 2034.

📑 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Feb 2024 | $350 | $350 | $350 on 2/23/2024 |
| Jan 2024 | $700 | $350 | $350 on 1/26/2024 |
| Dec 2023 | $1,050 | $350 | $350 on 12/17/2023 |

**Additional info**

The original amount of this account was $3,850

✉ **Contact Info**

Address                      440 N WOLFE RD,
                             SUNNYVALE CA 94085

## UPLIFT/CELTIC BANK

 ### Account Info

| | |
|---|---|
| Account Name | UPLIFT/CELTIC BANK |
| Account Number | 235204XXXXXX |
| Account Type | Unsecured |
| Responsibility | Individual |
| Date Opened | 12/31/2023 |
| Status | Paid, Closed/Never late. |
| Status Updated | June 2024 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $348 |
| Highest Balance | - |
| Terms | 6 Months |
| On Record Until | Jun 2034 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | CLS | — | — | — | — | — | — |
| 2023 | — | — | — | — | — | — | — | — | — | — | — | ✔ |

✔ Current / Terms met    CLS Closed

This account is scheduled to continue on record until Jun 2034.

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| May 2024 | $63 | $63 | $64 on 5/31/2024 |
| Apr 2024 | $123 | $64 | $128 on 4/30/2024 |
| Mar 2024 | $246 | $64 | $0 on 2/29/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Feb 2024 | $239 | $64 | $64 on 2/29/2024 |
| Jan 2024 | $294 | $64 | $64 on 1/31/2024 |
| Dec 2023 | $348 | $64 | $0 |

### Additional info

The original amount of this account was $348

 **Contact Info**

Address                     440 N WOLFE RD,
                            SUNNYVALE CA 94085

## UPLIFT/CELTIC BANK

 **Account Info**

| | |
|---|---|
| Account Name | UPLIFT/CELTIC BANK |
| Account Number | 242905XXXXXX |
| Account Type | Unsecured |
| Responsibility | Individual |
| Date Opened | 07/17/2024 |
| Status | Paid, Closed/Never late. |
| Status Updated | Oct 2024 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $171 |
| Highest Balance | - |
| Terms | 3 Months |
| On Record Until | Oct 2034 |

$ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | — | — | — | — | — | — | — | ✓ | ✓ | CLS | — | — |

✓   Current / Terms met    CLS   Closed

This account is scheduled to continue on record until Oct 2034.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Sep 2024 | $59 | $59 | $60 on 9/17/2024 |
| Aug 2024 | $117 | $60 | $60 on 8/17/2024 |
| Jul 2024 | $173 | $60 | $0 |

**Additional info**

The original amount of this account was $171

---

 **Contact Info**

Address                          440 N WOLFE RD,
                                 SUNNYVALE CA 94085

---

## US BANK HOME MORTGAGE

**POTENTIALLY NEGATIVE**

 **Account Info**

| | |
|---|---|
| Account Name | US BANK HOME MORTGAGE |
| Account Number | 515990XXXXXXX |
| Account Type | FHA Mortgage |
| Responsibility | Individual |
| Date Opened | 04/14/2017 |
| Status | Open. |
| Status Updated | Apr 2025 |
| Balance | $143,772 |
| Balance Updated | 05/05/2025 |
| Recent Payment | $1,352 as of 4/30/2025 |
| Monthly Payment | $1,352 |
| Original Balance | $179,080 |
| Highest Balance | - |
| Terms | 35 Years |

 **Payment History**

|      | J  | F  | M  | A | M | J | J | A | S | O | N | D |
|------|----|----|----|---|---|---|---|---|---|---|---|---|
| 2025 | ND | **90** | ND | ✔ | ✔ | — | — | — | — | — | — | — |
| 2024 | ✔ | **30** | **60** | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND | ND |
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND | ND | ND | ✔ |
| 2022 | ND | ND | ND | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ND | ND | ✔ |
| 2021 | — | — | — | — | — | — | — | — | — | ✔ | ✔ | ✔ |

| ✔ | Current / Terms met | 30 | Past due 30 days |
|---|---------------------|----|------------------|
| 60 | Past due 60 days | 90 | Past due 90 days |
| ND | No data for this period | | |

**Payment history guide**

90 days past due as of Feb 2025

60 days past due as of Mar 2024

30 days past due as of Feb 2024

By Jul 2031, this account is scheduled to go to a positive status.

---

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Apr 2025** | **$144,265** | **$1,352** | **$2,704 on 3/21/2025** |
| **Feb 2025** | **$148,619** | **$1,462** | **$1,462 on 1/30/2025** |
| **Dec 2024** | **$149,021** | **$0** | **$0 on 9/30/2024** |
| **Nov 2024** | **$147,076** | **$0** | **$0 on 9/30/2024** |
| **Oct 2024** | **$146,265** | **$1,462** | **$1,487 on 9/30/2024** |
| **Sep 2024** | **$146,490** | **$1,462** | **$1,563 on 8/23/2024** |
| **Aug 2024** | **$146,790** | **$1,462** | **$1,462 on 7/30/2024** |
| **Jul 2024** | **$146,988** | **$1,462** | **$1,462 on 6/27/2024** |
| **Jun 2024** | **$147,185** | **$1,462** | **$1,462 on 5/30/2024** |
| **May 2024** | **$147,382** | **$1,462** | **$1,487 on 5/1/2024** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Apr 2024 | $148,210 | $1,462 | $3,975 on 3/14/2024 |
| Mar 2024 | $149,737 | $1,231 | $0 on 12/29/2023 |
| Feb 2024 | $149,199 | $1,231 | $0 on 12/29/2023 |
| Jan 2024 | $148,264 | $1,231 | $1,256 on 12/29/2023 |
| Dec 2023 | $148,964 | $1,231 | $4,925 on 11/30/2023 |
| Oct 2023 | $150,595 | $0 | $0 on 7/31/2023 |
| Sep 2023 | $150,181 | $0 | $0 on 7/31/2023 |
| Aug 2023 | $149,350 | $1,231 | $1,256 on 7/31/2023 |
| Jul 2023 | $149,565 | $1,231 | $1,256 on 6/29/2023 |
| Jun 2023 | $149,780 | $1,231 | $1,231 on 5/20/2023 |
| May 2023 | $149,994 | $1,231 | $1,201 on 3/31/2023 |

### Additional info

The original amount of this account was $179,080

---



### Contact Info

| Address | PO BOX 21844, EAGAN MN 55121 |
|---------|------------------------------|
| Phone Number | (800) 365-7772 |

---



### Comment

#### Current:

Paying under a partial payment agreement.

#### Previous:

Paying under a partial payment agreement.

Apr 2025

**Account In Forbearance.**

Nov 2024 to Dec 2024, Sep 2023 to Oct 2023, Oct 2022 to Nov 2022

**Payment Deferred.**

Nov 2024 to Dec 2024, Sep 2023 to Oct 2023, Oct 2022 to Nov 2022

---

 **Reinvestigation Info**

This item remained unchanged from our processing of your
dispute in Apr 2025.

## Self Reported Accounts

Self-reported data is contributed through your Experian account.

Manage your self-reported account(s) through Experian Boost. The account number listed
on your Experian credit file is a tracking number generated by Experian—not the account number at
your bank or payee. Original creditor is the source of your self-reported data (your bank) and the
payee (the company to which you pay your bills). The balance and monthly payment reflect the most
recent payment recorded at your bank.

---

### TELECOM SELFREPORTED

**Account Info**

| | |
|---|---|
| Account Name | TELECOM SELFREPORTED |
| Original Creditor | CHKG/TMOBILE |
| Account Number | 037601XXXXXXXXXX |
| Account Type | Wireless |
| Responsibility | Individual |
| Date Opened | - |
| Status | Open/Never late. |
| Status Updated | Apr 2025 |
| Balance | $339 |
| Balance Updated | 04/07/2025 |
| Recent Payment | $339 as of 4/7/2025 |
| Monthly Payment | $339 |
| Original Amount | $339 |
| Highest Balance | - |
| Terms | 1 Month |

**Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Payment recorded

### Experian Contact Info

| Address | PO BOX 4500, ALLEN TX 75013 |
|---|---|
| Phone Number | (855) 891-2743 |

## TELECOM SELFREPORTED

### Account Info

| Account Name | TELECOM SELFREPORTED |
|---|---|
| Original Creditor | CHKG/DISNEYPLUS |
| Account Number | C3D295XXXXXXXXX |
| Account Type | Telecom |
| Responsibility | Individual |
| Date Opened | - |
| Status | Open/Never late. |
| Status Updated | May 2025 |
| Balance | $18 |
| Balance Updated | 05/11/2025 |
| Recent Payment | $18 as of 5/11/2025 |
| Monthly Payment | $18 |
| Original Amount | $18 |
| Highest Balance | - |
| Terms | 1 Month |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2024 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Payment recorded

### Experian Contact Info

| | |
|---|---|
| Address | PO BOX 4500,<br>ALLEN TX 75013 |
| Phone Number | (855) 891-2743 |

## Public Records

Information gathered from courts or other government agencies about legal matters associated with
you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by
you generally related to a credit or other monetary obligation, such as when you apply for credit, rental
property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard
inquiries are displayed to companies that receive your consumer report and may stay on your report
at least two years.

**SBA**
Inquired on
01/31/2025

409 3RD ST SW
WASHINGTON
DC, 20416

Government Loan.
This inquiry is
scheduled to
continue on record
until Feb 2027.

**CAP ONE AUTO
FIN VIA
DEALER**
Inquired on
07/26/2024

PO BOX 259407
PLANO TX,
75025

Auto loan. This
inquiry is
scheduled to
continue on record
until Aug 2026.

**CONSUMER
PORTFOLIO
SERVICES**
Inquired on
07/26/2024

19500
JAMBOREE RD
# FLOORS
IRVINE CA,
92612

Unspecified. This
inquiry is
scheduled to
continue on record
until Aug 2026.

**EXETER
FINANCE
LLC/WCG**
Inquired on
07/26/2024

2101 W JOHN
CARPENTER
FWY IRVING TX,
75063

Auto loan. This
inquiry is
scheduled to
continue on record
until Aug 2026.

**NCCINC/ENTER
PRISE CAR SA**
Inquired on
07/26/2024

10010 E
ADAMO DR
TAMPA FL,
33619

Auto loan. This
inquiry is
scheduled to
continue on record
until Aug 2026.

**SANTANDER
CONSUMER
USA**
Inquired on
07/26/2024

5201 RUFE
SNOW DR
NORTH
RICHLAND
HILLS TX,
76180

Unspecified. This
inquiry is
scheduled to
continue on record
until Aug 2026.

**SUNCOAST
CREDIT UNION**
Inquired on
11/30/2023

6801 E
HILLSBOROUG
H AVE TAMPA
FL, 33610

Unsecured. This
inquiry is
scheduled to
continue on record
until Dec 2025.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

**AFFIRM**
Inquired on 03/21/2025 and 11/12/2024

650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108
(855) 423-3729

**AFTERPAY US INC**
Inquired on 07/15/2024

760 MARKET ST, SAN FRANCISCO CA 94102
(855) 289-6014

**CAPITAL ONE**
Inquired on 05/01/2025

15000 CAPITAL ONE DR, RICHMOND VA 23238

**CAPONE/KOHLS**
Inquired on 02/13/2025

PO BOX 3115, MILWAUKEE WI 53201
(262) 703-7000

**COMENITY SERVICING LLC**
Inquired on 04/16/2025

PO BOX 182789, COLUMBUS OH 43218

**CONSUMERINFO.COM**
Inquired on 05/19/2025 and 03/18/2025

475 ANTON BLVD, COSTA MESA CA 92626

**CREDIT KARMA**
Inquired on 05/19/2025, 05/18/2025, 05/17/2025, 05/16/2025, 05/15/2025, 05/13/2025, 05/11/2025, 05/10/2025, 05/09/2025, 05/08/2025, 05/07/2025, 05/06/2025, 05/04/2025, 05/02/2025, 05/01/2025, 04/30/2025, 04/29/2025, 04/26/2025, 04/25/2025, 04/24/2025, 04/23/2025, 04/22/2025, 04/21/2025, 04/20/2025, 04/17/2025, 04/16/2025, 04/15/2025, 04/12/2025, 04/11/2025,

**CREDIT KARMA**
Inquired on 05/10/2025, 05/07/2025, 05/03/2025, 04/30/2025, 04/27/2025, 04/23/2025, 04/19/2025, 04/16/2025, 04/12/2025, 04/09/2025, 04/05/2025, 04/02/2025, 03/30/2025, 03/26/2025, 03/22/2025, 03/19/2025, 03/15/2025, 03/12/2025, 03/08/2025, 03/05/2025, 03/01/2025, 02/26/2025, 02/23/2025, 02/19/2025, 02/15/2025, 02/12/2025, 02/08/2025, 02/06/2025, 02/01/2025,

| | |
|---|---|
| 04/10/2025, | 01/29/2025, |
| 04/09/2025, | 01/26/2025, |
| 04/06/2025, | 01/22/2025, |
| 04/05/2025, | 01/18/2025, |
| 04/04/2025, | 01/15/2025, |
| 04/02/2025, | 01/11/2025, |
| 04/01/2025, | 01/08/2025, |
| 03/30/2025, | 01/04/2025, |
| 03/29/2025, | 01/01/2025, |
| 03/25/2025, | 12/29/2024, |
| 03/23/2025, | 12/25/2024, |
| 03/22/2025, | 12/21/2024, |
| 03/21/2025, | 12/18/2024, |
| 03/20/2025, | 12/14/2024, |
| 03/19/2025, | 12/11/2024, |
| 03/18/2025, | 12/07/2024, |
| 03/17/2025, | 12/04/2024, |
| 03/15/2025, | 12/01/2024, |
| 03/14/2025, | 11/27/2024, |
| 03/13/2025, | 11/23/2024, |
| 03/12/2025, | 11/20/2024, |
| 03/11/2025, | 11/16/2024, |
| 03/09/2025, | 11/13/2024, |
| 03/06/2025, | 11/09/2024, |
| 03/05/2025, | 11/06/2024, |
| 03/04/2025, | 11/02/2024, |
| 03/01/2025, | 10/30/2024, |
| 02/27/2025, | 10/27/2024, |
| 02/26/2025, | 10/23/2024, |
| 02/25/2025, | 10/19/2024, |
| 02/22/2025, | 10/16/2024, |
| 02/21/2025, | 10/12/2024, |
| 02/20/2025, | 10/09/2024, |
| 02/19/2025, | 10/02/2024, |
| 02/18/2025, | 09/28/2024, |
| 02/17/2025, | 09/25/2024, |
| 02/15/2025, | 09/21/2024, |
| 02/13/2025, | 09/18/2024, |
| 02/12/2025, | 09/14/2024, |
| 02/11/2025, | 09/11/2024, |
| 02/10/2025, | 09/07/2024, |
| 02/09/2025, | 09/04/2024, |
| 02/08/2025, | 08/31/2024, |
| 02/05/2025, | 08/28/2024, |
| 02/04/2025, | 08/24/2024, |
| 02/03/2025, | 08/21/2024, |

02/02/2025,
02/01/2025,
01/30/2025,
01/29/2025,
01/27/2025,
01/26/2025,
01/23/2025,
01/19/2025,
01/18/2025,
01/16/2025,
01/15/2025,
01/14/2025,
01/12/2025,
01/11/2025,
01/10/2025,
01/09/2025,
01/08/2025,
01/05/2025,
01/04/2025,
01/03/2025,
01/02/2025,
01/01/2025,
12/25/2024,
12/24/2024,
12/23/2024,
12/21/2024,
12/20/2024,
12/19/2024,
12/18/2024,
12/16/2024,
12/15/2024,
12/14/2024,
12/13/2024,
12/12/2024,
12/11/2024,
12/09/2024,
12/08/2024,
12/07/2024,
12/06/2024,
12/02/2024,
12/01/2024,
11/29/2024,
11/27/2024,
11/26/2024,
11/23/2024,
11/20/2024,

08/17/2024,
08/14/2024,
08/10/2024,
08/07/2024,
08/03/2024,
07/31/2024,
07/27/2024,
07/24/2024,
07/20/2024,
07/17/2024,
07/13/2024,
07/10/2024,
07/06/2024,
07/03/2024,
06/29/2024,
06/26/2024,
06/22/2024,
06/19/2024,
06/15/2024,
06/12/2024,
06/08/2024,
06/01/2024,
05/29/2024,
05/25/2024 an
d 05/22/2024

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102

11/17/2024,
11/16/2024,
11/15/2024,
11/14/2024,
11/13/2024,
11/12/2024,
11/10/2024,
11/09/2024,
11/08/2024,
11/07/2024,
11/06/2024,
11/05/2024,
11/04/2024,
11/02/2024,
11/01/2024,
10/31/2024,
10/30/2024,
10/29/2024,
10/26/2024,
10/25/2024,
10/24/2024,
10/23/2024,
10/22/2024,
10/21/2024,
10/20/2024,
10/18/2024,
10/17/2024,
10/16/2024,
10/15/2024,
10/13/2024,
10/12/2024,
10/11/2024,
10/10/2024,
10/06/2024,
10/05/2024,
10/04/2024,
10/03/2024,
10/02/2024,
10/01/2024,
09/29/2024,
09/28/2024,
09/27/2024,
09/26/2024,
09/24/2024,
09/23/2024,
09/22/2024,

09/21/2024,
09/20/2024,
09/19/2024,
09/18/2024,
09/17/2024,
09/16/2024,
09/15/2024,
09/14/2024,
09/13/2024,
09/12/2024,
09/11/2024,
09/08/2024,
09/07/2024,
09/06/2024,
09/05/2024,
09/04/2024,
09/01/2024,
08/31/2024,
08/30/2024,
08/29/2024,
08/27/2024,
08/24/2024,
08/21/2024,
08/20/2024,
08/19/2024,
08/18/2024,
08/17/2024,
08/16/2024,
08/15/2024,
08/14/2024,
08/13/2024,
08/11/2024,
08/10/2024,
08/09/2024,
08/08/2024,
08/07/2024,
08/04/2024,
08/03/2024,
08/01/2024,
07/31/2024,
07/27/2024,
07/26/2024,
07/25/2024,
07/24/2024,
07/22/2024,
07/21/2024,

07/20/2024,
07/19/2024,
07/18/2024,
07/07/2024,
07/06/2024,
07/04/2024,
07/03/2024,
07/02/2024,
07/01/2024,
06/28/2024,
06/27/2024,
06/24/2024,
06/23/2024,
06/22/2024,
06/21/2024,
06/20/2024,
06/18/2024,
06/17/2024,
06/16/2024,
06/15/2024,
06/14/2024,
06/13/2024,
06/12/2024,
06/11/2024 an
d 05/19/2024

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102

**CREDIT KARMA
INC**
Inquired on
02/25/2025,
02/11/2025,
01/31/2025 an
d 07/26/2024

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102

**EXPERIAN**
Inquired on
05/19/2025 an
d 03/18/2025

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**
(415) 510-5272
Inquired on
05/16/2025,
04/23/2025,
04/09/2025,
04/02/2025,
03/29/2025,
03/15/2025,
02/21/2025,
02/11/2025,
02/08/2025,
02/03/2025,
01/31/2025,
01/29/2025,
01/23/2025,
01/14/2025,

**EXPERIAN**
Inquired on
05/12/2025,
05/05/2025,
04/28/2025,
04/21/2025,
04/14/2025,
04/07/2025,
03/31/2025,
03/24/2025,
03/21/2025,
03/17/2025,
03/10/2025,
03/03/2025,
02/24/2025,
02/17/2025,

| | |
|---|---|
| 01/07/2025, | 02/16/2025, |
| 01/02/2025, | 02/10/2025, |
| 12/19/2024, | 02/03/2025, |
| 12/14/2024, | 01/27/2025, |
| 12/11/2024, | 01/20/2025, |
| 11/04/2024, | 01/13/2025, |
| 10/29/2024, | 01/06/2025, |
| 10/27/2024, | 01/01/2025, |
| 10/23/2024, | 12/30/2024, |
| 10/19/2024, | 12/23/2024, |
| 10/17/2024, | 12/16/2024, |
| 10/16/2024, | 12/09/2024, |
| 10/03/2024, | 12/02/2024, |
| 09/26/2024, | 11/25/2024, |
| 09/13/2024, | 11/18/2024, |
| 09/11/2024, | 11/11/2024, |
| 09/05/2024, | 11/04/2024, |
| 08/07/2024, | 10/28/2024, |
| 07/31/2024, | 10/21/2024, |
| 07/26/2024, | 10/14/2024, |
| 07/17/2024, | 10/07/2024, |
| 06/22/2024, | 10/04/2024, |
| 06/19/2024, | 09/30/2024, |
| 05/29/2024 an | 09/23/2024, |
| d 05/23/2024 | 09/16/2024, |
| | 09/09/2024, |
| 475 ANTON | 09/02/2024, |
| BLVD, | 08/26/2024, |
| COSTA MESA | 08/19/2024, |
| CA 92626 | 08/12/2024, |
| | 08/05/2024, |
| | 07/29/2024, |
| | 07/22/2024, |
| | 07/08/2024, |
| | 07/01/2024, |
| | 06/24/2024, |
| | 06/17/2024, |
| | 06/10/2024, |
| | 06/03/2024, |
| | 05/27/2024 an |
| | d 05/20/2024 |
| | |
| | 475 ANTON |
| | BLVD, |
| | COSTA MESA |
| | CA 92626 |

(866) 431-3471

**EXPERIAN**
Inquired on
03/18/2025

PO BOX 9600,
ALLEN TX
75013
(800) 311-4769

**EXPERIAN**
Inquired on
02/25/2025 an
d 02/11/2025

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**
Inquired on
09/30/2024

PO BOX 9600,
ALLEN TX
75013
(800) 311-4769

**EXPERIAN**
Inquired on
09/30/2024

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**
**CREDITMATCH**
Inquired on
03/21/2025,
02/16/2025,
01/01/2025,
10/04/2024 an
d 09/30/2024

475 ANTON
BLVD # D4,
COSTA MESA
CA 92626

**EXPERIAN**
**CREDITMATCH**
Inquired on
06/03/2024,
06/02/2024,
06/01/2024,
05/31/2024,
05/30/2024,
05/29/2024,
05/28/2024,
05/27/2024,
05/26/2024,
05/25/2024,
05/24/2024,
05/23/2024,
05/22/2024,
05/21/2024,
05/20/2024 an
d 05/19/2024

475 ANTON
BLVD # D4,
COSTA MESA
CA 92626

**JPMCB**
Inquired on
04/30/2025,
04/01/2025,
03/01/2025,
02/01/2025,
01/02/2025,
12/01/2024,
11/01/2024,
10/01/2024,
09/01/2024,
08/01/2024,
07/01/2024 an
d 05/31/2024

PO BOX 15298,
WILMINGTON
DE 19850
(800) 432-3117

**JPMCB CARD**
Inquired on
05/02/2025

PO BOX 15298,
WILMINGTON
DE 19850
(800) 432-3117

**JPMCB CARD**
Inquired on
02/08/2025

PO BOX 15298,
WILMINGTON
DE 19850
(800) 432-3117

**JPMCB CJ**
Inquired on
05/07/2025,
04/10/2025,
04/03/2025,
03/16/2025,
03/09/2025,
02/12/2025,

**LEXISNEXIS/IN**
**S/P&C**
Inquired on
02/25/2025 an
d 02/11/2025

1000
ALDERMAN DR,

**SANTANDER**
**CONSUMER**
**USA**
Inquired on
07/26/2024

5201 RUFE
SNOW DR,

02/09/2025,
02/04/2025,
02/01/2025,
01/31/2025,
01/15/2025,
01/12/2025,
01/08/2025,
01/03/2025,
12/20/2024,
12/15/2024,
11/26/2024,
10/28/2024,
10/24/2024,
10/20/2024,
10/18/2024,
10/14/2024,
09/15/2024,
09/14/2024,
09/12/2024,
09/06/2024,
08/17/2024,
08/08/2024,
07/19/2024,
07/18/2024,
06/23/2024,
06/20/2024,
05/24/2024 an
d 05/22/2024

PO BOX 15298,
WILMINGTON
DE 19850
(888) 401-0550

ALPHARETTA
GA 30005
(866) 323-0932

On behalf of
SOUTHERN OAK
INSURA AGEN for
Insurance
underwriting

NORTH
RICHLAND
HILLS TX 76180
(866) 923-9282

**SUNCOAST
CREDIT UNION**
Inquired on
05/07/2025

6801 E
HILLSBOROUG
H AVE,
TAMPA FL
33610
(813) 621-7511

**SYNCHRONY
FINANCIAL**
Inquired on
06/18/2024

4125 WINDARD
PLAZA,
ALPHARETTA
GA 30005

**TRANSUNION
INTERACTIVE I**
Inquired on
04/30/2025,
03/20/2025,
02/04/2025,
01/01/2025,
10/21/2024,
09/12/2024,
08/06/2024,
07/02/2024 an
d 05/28/2024

100 CROSS ST
STE 202,
SAN LUIS
OBISPO CA
93401
(805) 782-8282

## Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

## Contact Experian

**Online**

Visit Experian.com/dispute to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit Experian.com/help

**Mail**

**Experian**
PO Box 9701
Allen, TX 75013

**Phone**

**Monday - Friday**
9am to 5pm
(855) 414-6047

## Know Your Rights

# Fair Credit Reporting Act (FCRA)

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to [www.consumerfinance.gov/learnmore](www.consumerfinance.gov/learnmore).

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit [www.consumerfinance.gov/learnmore](www.consumerfinance.gov/learnmore).

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

**FOR QUESTIONS OR CONCERNS REGARDING:**                    **PLEASE CONTACT:**

**1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.

**a.** Bureau of Consumer Financial Protection
1700 G Street NW
Washington, DC 20552

**b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau:

**b.** Federal Trade Commission Consumer Response Center
600 Pennsylvania Avenue NW
Washington, DC 20580

**2.** To the extent not included in item 1 above:

**a.** Office of the Comptroller of the Currency
Customer Assistance Group
P.O. Box 53570
Houston, TX 77052

**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks

**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

**b.** Federal Reserve Consumer Help Center
PO Box 1200
Minneapolis, MN 55480

**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

**c.** Division of Depositor and Consumer Protection
National Center for Consumer and Depositor Assistance
Federal Deposit Insurance Corporation
1100 Walnut Street, Box #11
Kansas City, MO 64106

**d.** Federal Credit Unions

**d.** National Credit Union Administration
Office of Consumer Financial Protection
1775 Duke Street
Alexandria, VA 22314

**3.** Air carriers

Assistant General Counsel for Office of Aviation Consumer Protection

|  | Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| --- | --- |
| **4.** Creditors Subject to Surface Transportation Board | Office of Public Assistance,<br>Governmental Affairs, and<br>Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| **5.** Creditors Subject to Packers and Stockyards Act | Nearest Packers and<br>Stockyards Division Regional<br>Office |
| **6.** Small Business Investment Companies | Associate Administrator, Office<br>of Capital Access<br>United States Small Business<br>Administration<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| **7.** Brokers and Dealers | Securities and Exchange<br>Commission<br>100 F Street NE<br>Washington, DC 20549 |
| **8.** Federal Land Banks, Federal Land Bank Associations,<br>Federal Intermediate Credit Banks, and Production Credit<br>Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| **9.** Retailers, Finance Companies, and All Other Creditors<br>Not Listed Above | FTC Regional Office for region<br>in which the creditor operates<br>**or** Federal Trade Commission:<br>Consumer Response Center -<br>FCRA<br>Washington, DC 20580 |

(877) 382-4357

Notification of Rights

- [Notification of Rights for California Consumers](#)
- [Notification of Rights for Colorado Consumers](#)
- [Notification of Rights for Connecticut Consumers](#)
- [Notification of Rights for Maryland Consumers](#)
- [Notification of Rights for Massachusetts Consumers](#)
- [Notification of Rights for Texas Consumers](#)
- [Notification of Rights for Vermont Consumers](#)
- [Notification of Rights for Washington Consumers](#)